UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

STRYKER CORPORATION and
HOWMEDICA OSTEONICS CORP.,

              Plaintiffs,                      Case No. 1:05-CV-0051

vs.                                    HON. ROBERT HOLMES BELL

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, XL
INSURANCE AMERICA, INC., formerly
known as WINTERTHUR INTERNATIONAL
AMERICA INSURANCE COMPANY, and
TIG INSURANCE COMPANY,

              Defendants.

---

David J. Gass (P34582)
D. Andrew Portinga (P55804)
J. Michael Smith (P24530)
MILLER JOHNSON
Attorneys for Plaintiffs
250 Monroe Avenue, N.W., Suite 800
P.O. Box 306
Grand Rapids, MI 49501-0306
(616) 831-1700

Charles W. Browning (P32978)
Stephen P. Brown (P48847)
PLUNKETT & COONEY PC
Attorneys for Defendant National Union
38505 Woodward, Suite 2000
Bloomfield Hills, MI  48304
(248) 901-4000

David Bloss (P27213)
Michael W. Betz (P25014)
BLOSS BETZ
Attorneys for Defendant XL Insurance
5136 Cascade Rd., S.E., Suite 1A
Grand Rapids, MI 49546
(616) 285-8899

George J. Manos
Diane K. Ehrhart
BOLINGER RUBERRY & GARVEY
Attorneys for Defendant TIG Insurance Company
500 W. Madison St., Suite 2300
Chicago, IL 60661-2511
(312) 466-8000

---

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
## AGAINST XL INSURANCE AMERICA, INC.

        Plaintiffs move for summary judgment against XL Insurance America, Inc.  This

motion is brought under Fed. R. Civ. P. 56.  It is supported by an accompanying brief, which is

being filed under seal.

As required by LCivR 7.1(d), undersigned has sought concurrence of opposing counsel of this motion.  The undersigned was unable to obtain concurrence.

MILLER JOHNSON
Attorneys for Plaintiffs

Dated: February 12, 2008          By    /s/ D. Andrew Portinga
                             David J. Gass (P34582)
                             D. Andrew Portinga (P55804)
                             J. Michael Smith (P24530)
Business Address:
                             250 Monroe Avenue, N.W., Suite 800
                             PO Box 306
                             Grand Rapids, Michigan  49501-0306
Telephone:  (616) 831-1700