**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| STRYKER CORPORATION and HOWMEDICA OSTEONICS CORP., | ) ) ) |
| Plaintiffs, | ) ) Case No. 1:05-CV-0051 |
| v. | ) ) Hon. Robert Holmes Bell ) |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. XL INSURANCE AMERICA, INC. formerly known as WINTERTHUR INTERNATIONAL AMERICA INSURANCE COMPANY, and TIG INSURANCE COMPANY, | ) ) ) ) ) ) ) ) |
| Defendants. | |

| | |
|---|---|
| David J. Gass (P34582) | Charles W. Browning (P32978) |
| D. Andrew Portinga (P55804) | Stephen P. Brown (P48847) |
| J. Michael Smith (P24530) | Plunkett & Cooney, PC |
| Miller Johnson | Attorneys for Defendant National Union |
| Attorneys for Plaintiffs | 38505 Woodward, Suite 2000 |
| 250 Monroe Avenue, NW, Suite 800 | Bloomfield Hills, MI  48304 |
| P.O. Box 306 | 248-901-4000 |
| Grand Rapids, MI  49501-0306 | |
| 616-831-1700 | George J. Manos |
| | Diane K. Ehrhart |
| David Bloss (P27213) | Bolinger Ruberry & Garvey |
| Michael W. Betz (P25014) | Attorneys for Defendant TIG |
| Bloss Betz | 500 W. Madison St., Suite 2300 |
| Attorneys for Plaintiff | Chicago, IL  60661-2511 |
| 5136 Cascade Road, S.E., Suite 1A | 312-466-8000 |
| Grand Rapids, Michigan  49546 | |
| 616-285-8899 | |

**STIPULATION TO EXTEND PAGES**

NOW COMES the Plaintiffs and Defendant XLIA and stipulate and agree as follows:

    1.  Defendant XLIA's Brief in Opposition to Plaintiffs' Motion for Summary Judgment needs to be filed on March 18, 2008.

    2.  Pursuant to Local Civil rule 7.2 (b), XLIA is limited to 25 pages, exclusive of cover sheet, tables, indices.

    3.  Pursuant to Local Civil rule 7.2 (c), Plaintiffs are limited to a reply brief not exceeding ten pages.

    4.  The parties agree that, due to the complexity and number of issues involved, both may file briefs which exceed their respective limits.

Dated:  March 18, 2008

MILLER JOHNSON
Attorneys for Plaintiffs

**(with permission)**

By:**/s/ David Gass**
    David Gass (P34582)
    D. Andrew Portinga (P55804)
    250 Monroe Ave.,N.W., Suite 800
    P.O. Box 306
    Grand Rapids, MI  49501-0306
    (616) 831-1700

Dated:  March 18, 2008

BETZ & BLOSS, P.C.
Attorneys for XL Insurance

By:  **/s/ David Bloss**
    David Bloss (P27213)
    5005 Cascade Road, S.E., Suite A
    Grand Rapids, MI  49546
    (616) 977-3688

---

## ORDER

---

    The Court having received and read the above Stipulation and the Court being otherwise advised, now, therefore:

IT IS ORDERED that both parties may file briefs which exceed their respective limits due to the complexity and number of issues involved.

Dated: March 20, 2008            /s/ Robert Holmes Bell
                                       Honorable Robert Holmes Bell