UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

STRYKER CORPORATION and
HOWMEDICA OSTEONICS CORP.,

      Plaintiffs,

vs.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, XL
INSURANCE AMERICA, INC., formerly
known as WINTERTHUR INTERNATIONAL
AMERICA INSURANCE COMPANY, and
TIG INSURANCE COMPANY,

      Defendants.

Case No. 1:05-CV-0051

HON. ROBERT HOLMES BELL

| | |
|---|---|
| David J. Gass (P34582)<br>D. Andrew Portinga (P55804)<br>J. Michael Smith (P24530)<br>MILLER JOHNSON<br>Attorneys for Plaintiffs<br>250 Monroe Avenue, N.W., Suite 800<br>P.O. Box 306<br>Grand Rapids, MI 49501-0306<br>(616) 831-1700 | Charles W. Browning (P32978)<br>Stephen P. Brown (P48847)<br>PLUNKETT COONEY<br>Attorneys for Defendant National Union<br>38505 Woodward, Suite 2000<br>Bloomfield Hills, MI 48304<br>(248) 901-4000 |
| David Bloss (P27213)<br>Michael W. Betz (P25014)<br>BLOSS BETZ<br>Attorneys for Defendant XL Insurance<br>5136 Cascade Rd., S.E., Suite 1A<br>Grand Rapids, MI 49546<br>(616) 285-8899 | George J. Manos<br>Diane K. Ehrhart<br>BOLINGER RUBERRY & GARVEY<br>Attorneys for Defendant TIG Insurance Company<br>500 W. Madison St., Suite 2300<br>Chicago, IL 60661-2511<br>(312) 466-8000 |

## STIPULATION FOR EXTENSION

      The parties stipulate as follows:

      1.     Plaintiffs shall have until April 14, 2008, to file a reply brief in support of its Motion for Summary Judgment against XL Insurance America.

2. Plaintiffs shall have until April 14, 2008, to file a reply brief in support of its Motion for Summary Judgment against TIG Insurance Company.

This extension is granted at the request of Plaintiffs' counsel. Plaintiffs' counsel has requested this extension due to the press of other business.

Dated: April 8, 2008

| MILLER JOHNSON | BOLINGER RUBERRY & GARVEY |
|---|---|
| Attorneys for Plaintiffs | Attorneys for Defendant TIG Insurance |

By   /s/ D. Andrew Portinga                By   /s/ Diane K. Ehrhart
    David J. Gass (P34582)               George J. Manos
    D. Andrew Portinga (P55804)          Diane K. Ehrhart
    J. Michael Smith (P24530)        Business Address:
Business Address:                           500 W. Madison St., Suite 2300
    250 Monroe Ave. NW, Suite 800        Chicago, IL 60661-2511
    Grand Rapids, MI 49503           Telephone: (312) 466-8000
Telephone: (616) 831-1700

BLOSS BETZ
Attorneys for Defendant XL Insurance

By   /s/ David Bloss
    David Bloss (P27213)
    Michael W. Betz (P25014)
Business Address:
    5136 Cascade Rd. SE, Suite 1A
    Grand Rapids, MI 49546
Telephone: (616) 285-8899

## **ORDER**

Having reviewed the foregoing Stipulation,

IT IS SO ORDERED.

_____
HON. ROBERT HOLMES BELL

Dated: _____, 2008

2