UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

STRYKER CORPORATION and
HOWMEDICA OSTEONICS CORP.,

      Plaintiffs,

vs.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, XL
INSURANCE AMERICA, INC., formerly
known as WINTERTHUR INTERNATIONAL
AMERICA INSURANCE COMPANY, and
TIG INSURANCE COMPANY,

      Defendants.

Case No. 1:05-CV-0051

HON. ROBERT HOLMES BELL

---

| | |
|---|---|
| David J. Gass (P34582)<br>D. Andrew Portinga (P55804)<br>J. Michael Smith (P24530)<br>MILLER JOHNSON<br>Attorneys for Plaintiffs<br>250 Monroe Avenue, N.W., Suite 800<br>P.O. Box 306<br>Grand Rapids, MI 49501-0306<br>(616) 831-1700 | Charles W. Browning (P32978)<br>Stephen P. Brown (P48847)<br>PLUNKETT COONEY<br>Attorneys for Defendant National Union<br>38505 Woodward, Suite 2000<br>Bloomfield Hills, MI 48304<br>(248) 901-4000 |
| David Bloss (P27213)<br>Michael W. Betz (P25014)<br>BLOSS BETZ<br>Attorneys for Defendant XL Insurance<br>5136 Cascade Rd., S.E., Suite 1A<br>Grand Rapids, MI 49546<br>(616) 285-8899 | George J. Manos<br>Diane K. Ehrhart<br>BOLINGER RUBERRY & GARVEY<br>Attorneys for Defendant TIG Insurance Company<br>500 W. Madison St., Suite 2300<br>Chicago, IL 60661-2511<br>(312) 466-8000 |

---

## STIPULATION FOR EXTENSION

The parties stipulate as follows:

1.     Plaintiffs shall have until April 14, 2008, to file a reply brief in support of its Motion for Summary Judgment against XL Insurance America.

2.     Plaintiffs shall have until April 14, 2008, to file a reply brief in support of its Motion for Summary Judgment against TIG Insurance Company.

This extension is granted at the request of Plaintiffs' counsel. Plaintiffs' counsel has requested this extension due to the press of other business.

Dated: April 8, 2008

| MILLER JOHNSON<br>Attorneys for Plaintiffs | BOLINGER RUBERRY & GARVEY<br>Attorneys for Defendant TIG Insurance |
|---|---|
| By   /s/ D. Andrew Portinga<br>     David J. Gass (P34582)<br>     D. Andrew Portinga (P55804)<br>     J. Michael Smith (P24530)<br>Business Address:<br>     250 Monroe Ave. NW, Suite 800<br>     Grand Rapids, MI 49503<br>Telephone: (616) 831-1700 | By   /s/ Diane K. Ehrhart<br>     George J. Manos<br>     Diane K. Ehrhart<br>Business Address:<br>     500 W. Madison St., Suite 2300<br>     Chicago, IL 60661-2511<br>Telephone: (312) 466-8000 |

BLOSS BETZ
Attorneys for Defendant XL Insurance

By   /s/ David Bloss
     David Bloss (P27213)
     Michael W. Betz (P25014)
Business Address:
     5136 Cascade Rd. SE, Suite 1A
     Grand Rapids, MI 49546
Telephone: (616) 285-8899

## **ORDER**

Having reviewed the foregoing Stipulation,

IT IS SO ORDERED.

                         /s/ Robert Holmes Bell
                         HON. ROBERT HOLMES BELL

Dated:  April 9 , 2008

GR_DOCS 1302696v1