UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

STRYKER CORPORATION and
HOWMEDICA OSTEONICS CORP.,

        Plaintiffs,

vs.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, XL
INSURANCE AMERICA, INC., formerly
known as WINTERTHUR INTERNATIONAL
AMERICA INSURANCE COMPANY, and
TIG INSURANCE COMPANY,

        Defendants.

Case No. 1:05-CV-0051

HON. ROBERT HOLMES BELL

---

| | |
|---|---|
| David J. Gass (P34582)<br>D. Andrew Portinga (P55804)<br>J. Michael Smith (P24530)<br>MILLER JOHNSON<br>Attorneys for Plaintiffs<br>250 Monroe Avenue, N.W., Suite 800<br>P.O. Box 306<br>Grand Rapids, MI 49501-0306<br>(616) 831-1700 | Charles W. Browning (P32978)<br>Stephen P. Brown (P48847)<br>PLUNKETT COONEY<br>Attorneys for Defendant National Union<br>38505 Woodward, Suite 2000<br>Bloomfield Hills, MI 48304<br>(248) 901-4000 |
| David Bloss (P27213)<br>Michael W. Betz (P25014)<br>BLOSS BETZ<br>Attorneys for Defendant XL Insurance<br>5136 Cascade Rd., S.E., Suite 1A<br>Grand Rapids, MI 49546<br>(616) 285-8899 | George J. Manos<br>Diane K. Ehrhart<br>BOLINGER RUBERRY & GARVEY<br>Attorneys for Defendant TIG Insurance Company<br>500 W. Madison St., Suite 2300<br>Chicago, IL 60661-2511<br>(312) 466-8000 |

---

## **PLAINTIFFS' MOTION FOR PROTECTIVE ORDER**

        Plaintiffs move for a protective order, under Fed. R. Civ. P. 26(c), prohibiting XLIA from taking the deposition of Dr. Gerald Engh. This deposition is currently noticed for September 30, 2008. This motion is supported by an accompanying brief.

As required by LCivR 7.1(d), undersigned counsel has sought the concurrence of XLIA's counsel in this motion. Concurrence was denied.

>MILLER JOHNSON
>Attorneys for Plaintiffs

Dated: August 27, 2008          By  /s/ David J. Gass
>David J. Gass (P34582)
>D. Andrew Portinga (P55804)
>J. Michael Smith (P24530)
>Business Address:
>>250 Monroe Avenue, N.W., Suite 800
>>PO Box 306
>>Grand Rapids, Michigan  49501-0306
>
>Telephone:  (616) 831-1700