UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STRYKER CORPORATION and
HOWMEDICA OSTEONICS CORP.,

        Plaintiffs,

v.

TIG INSURANCE COMPANY,

        Defendant.

Case No.  1:05-cv-51

HON. ROBERT HOLMES BELL

**Stipulation to Extend Deadline for Disclosing
the Expert Report of James Robertson**

Plaintiffs and Defendant stipulate to extend, to April 11, 2014, the deadline for disclosing the expert report of James Robertson, one of Plaintiffs' experts. Mr. Robertson needs the additional time to complete his report because of the press of other business matters.

                    MILLER JOHNSON
                    Attorneys for Plaintiffs

Dated: April 1, 2014        By   /s/ David J. Gass
                                            David J. Gass (P34582)
                                            D. Andrew Portinga (P55804)
                                            J. Michael Smith (P24530)
                              Business Address:
                                    250 Monroe Avenue, N.W., Suite 800
                                    PO Box 306
                                    Grand Rapids, Michigan 49501-0306
                              Telephone: (616) 831-1700

                              CARROLL McNULTY & KULL, LLC
                              Attorneys for Defendant, TIG Insurance Company

Dated: April 1, 2014        By   /s/ Mary E. Fechtig, with permission
                                            Mary E. Fechtig
                              Business Address:
                                    The Boeing Building
                                    100 North Riverside Plaza, 21st Floor
                                    Chicago, IL 60606
                              Telephone: (312) 800-5030

## Order

Having review the foregoing stipulation,

IT IS ORDERED that the deadline for disclosing the expert report of James Robertson is extended to April 11, 2014.

No other deadlines are changed.

_____

Dated: _____, 2014