UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STRYKER CORPORATION, et al.,

       Plaintiffs,                    Case No. 1:05−cv−00051−RHB

   v.                                Hon. Robert Holmes Bell

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, et al.,

       Defendants.
_____/

## ORDER

    IT IS HEREBY ORDERED that the stipulation to extend the deadline for disclosing the expert report of James Robertson to April 11, 2014, (Dkt. No. 424) is GRANTED.

    IT IS SO ORDERED.

Dated:  April 2, 2014                         /s/ Robert Holmes Bell
                                                   ROBERT HOLMES BELL
                                                   United States District Judge