UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

STRYKER CORPORATION and
HOWMEDICA OSTEONICS CORP.,

   Plaintiffs,

v.

TIG INSURANCE COMPANY,

   Defendant.

Case No. 1:05-cv-0051

HON. ROBERT HOLMES BELL

---

## PROOF OF SERVICE

  David J. Gass states that, on April 11, 2014, he served, via electronic mail, the Expert Report of James A. Robertson upon

| | |
|---|---|
| Carole D. Bos<br>Bos & Glazier<br>990 Monroe Ave. NW<br>Grand Rapids, MI 49503<br>cbos@bosglazier.com | Mary Fechtig<br>Carroll McNulty & Kull LLC<br>100 North Riverside Plaza – 21st Floor<br>Chicago, IL 60606<br>mfechtig@cmk.com |

             MILLER JOHNSON

Dated: April 11, 2014     By  /s/ David J. Gass
               David J. Gass (P34582)
            Business Address:
              250 Monroe Ave. NW, Ste. 800
              Grand Rapids, MI 49503
            Telephone: (616) 831-1700