UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STRYKER CORPORATION and
HOWMEDICA OSTEONICS CORP.,

       Plaintiffs,                                Case No. 1:05-cv-0051

 v.                                         HON. ROBERT HOLMES BELL

XL INSURANCE COMPANY, INC.
f/k/a Winterthur International America
Insurance Company, and
TIG INSURANCE COMPANY,

       Defendants.

_____

**PROOF OF SERVICE**

Mary E. Fechtig states that on July 10, 2014, she served, via email, TIG Insurance Company's Notice of Video Deposition of James A. Robertson upon the following:

        David J. Gass
        gassd@millerjohnson.com

        D. Andrew Portinga
        portingaa@millerjohnson.com

Dated: July 10, 2014        By:   /s/ Mary E. Fechtig
                                                  Mary E. Fechtig
                                                  Beth A. Stroup
                                                  CARROLL MCNULTY & KULL, LLC
                                                  100 North Riverside Plaza, Suite 2100
                                                  Chicago, Illinois 60606
                                                  (312) 800-5000
                                                  mfechtig@cmk.com
                                                  bstroup@cmk.com

                                              Carole D. Bos
                                              BOS & GLAZIER, PLC
                                              990 Monroe Ave., N.W.
                                              Grand Rapids, Michigan, 49503
                                              (616) 458-6184
                                              cbos@bosglazier.com

*Attorneys for Defendant TIG Insurance Company*