UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

STRYKER CORPORATION and
HOWMEDICA OSTEONICS CORP.,

        Plaintiffs,                        Case No. 1:05-CV-0051

vs.                                        HON. ROBERT HOLMES BELL

TIG INSURANCE COMPANY,

        Defendant.

## Plaintiffs' Summary Judgment Motion

2

Plaintiffs move, under Fed. R. Civ. P. 56, for summary judgment against TIG Insurance Company on the issue of liability. The accompanying brief supports this motion.

Plaintiffs sought TIG's concurrence in this motion. TIG denied concurrence.

                            MILLER JOHNSON
                            Attorneys for Plaintiffs

Dated: July 31, 2014        By    /s/ D. Andrew Portinga
                                    David J. Gass (P34582)
                                    D. Andrew Portinga (P55804)
                                    J. Michael Smith (P24530)
                             Business Address:
                                    250 Monroe Avenue, N.W., Suite 800
                                    PO Box 306
                                    Grand Rapids, Michigan  49501-0306
                             Telephone:  (616) 831-1700