**EXHIBIT 50**

# MARSH

James J. Hopson
Senior Vice President
Claim Manager

Marsh USA Inc.
600 Renaissance Center
Suite 2100
Detroit, MI 48243
313 393 6770  Fax  313 393 6765
James.J.Hopson@Marsh.com
www.marsh.com

December 15, 2004

Patrick Denning
Claim Specialist
TIG Speciality
125 South Wacker Drive Suite 700
Chicago, IL 60606

Subject:    **Stryker Corporation**
            **Claimant: Pfizer, Inc. v. Stryker Corporation**
            **Your File No: B03002109**
            **Our File No: L 02-01338**

Dear Mr. Denning:

Enclosed please find Miller, Johnson, Snell's December 6, 2004 correspondence providing status of the captioned matter.  As you will note both National Union and Winterthur have already notified of this matter.

Please let me know if there are any questions regarding this matter.

Very truly yours,

James J. Hopson

JJH/il

Enclosure

Cc:    Curtis Hall
       Sarah Augustine

**TIG1596**

MMC  Marsh & McLennan Companies



Page Two


Cc:     John M. Gaw
        Reliance National Indemnity
        5 Hanover Square 17th floor
        New York, NY 10004
        Policy No: 1. NEA011811
                   2. NEA0132998
        Effective Dates: 1/1/99 to 1/1/00
        Policy No: NEA011811
                   NEA0132998.
        Effective Dates: 1/1/00 to 1/1/01
        w/enclosure

        Beverly Miller
        Gulf Insurance Company
        P.O. Box 446
        Dallas, TX 75221
        Policy No: 1. GA0245773
                   2. GA0245774
        Effective Dates: 1/1/99 to 1/1/00
        Policy No: GA0591672
                   GA0591673
        Effective Dates: 1/1/00 to 1/1/01
        Policy No: 1. GA0600190
                   2. GA0600191
        Effective Dates: 1/1/01 to 1/1/02
        w/enclosure

        Joyce Romoff
        United National Group
        Three Bala Plaza East suite 300
        Bala Cynwyd, PA 19004
        Policy No: XTP57450
        Effective Dates: 1/1/99 to 1/1/00
        Policy No: XTP59443
        Effective Dates: 1/1/00 to 1/1/01
        Policy No: XTP 65552
        Effective Dates: 1/1/01 to 1/1/02
        w/enclosure

        Ed Veloz
        Lexington Insurance
        c/o York Claims Services
        1 Whitehall Street
        New York, NY 1004-2171
        Your File No: LXOT-0614A1

**TIG1597**



Page Three

Cc:    Marilyn Stitt
       Agricultural Excess & Surplus Insurance
       c/o Professional Risk Brokers Inc.
       8510 McAlpine Park Drive Suite 114
       Suite 114
       Charlotte, NC 28211
       Policy No:   1. EXC3993554
                    2. EXC3893555
       Effective Dates: 1/1/99 to 1/1/00
       Policy No:  EXC3211129
       Effective Dates: 1/1/00 to 1/1/01
               Policy No:  1. EXC3211129
       Effective Dates: 1/1/01 to 1/1/02
       Policy No:  1. EXC3211129
       Effective Dates: 1/1/02 to 1/1/03

       Marilyn Michaud
       Lumbermens Mutual
       C/o Randall America Inc.
       2 Central Square
       Cambridge, MA 02139
       Policy No:  CE7100
       Effective Dates:  1/1/00 to 1/1/01
       Policy No:  9SR131069-01
                   9SR131072-01
       Effective Dates:  1/1/01 to 1/1/02

       Dennis Madea
       ACE USA
       500 Colonial Center Parkway Suite 200
       P.O. Box 100005
       Roswell, GA 30077-7005
       Policy No:  G20108654
       Effective Date:  1/1/00 to 1/1/01
       Policy No:  HXA 647768-0
                   HXA 647767-0
       Effective Dates:  1/1/01 to 1/1/02

       Richard Dudek
       Zurich American
       P.O. Box 4032
       Schaumburg, IL 60618-4032
       Your File No:  912-100223

       Gillian DeSilva
       Starr
       American International Bldg.
       29 Richmond Rd.
       Pembroke MH08 Bermuda
       Policy No:  6394385
       Effective dates;  1/1/02 to 1/1/03
       W/enclosure

TIG1598

Page Four

Cc:    James Chamberlin
           Gerling and Zurich RE
           C/o Marsh
           Victoria House
           Norwich NR 3EE
           England
           Policy No:  DL 365402
           Effective Dates:  1/1/02 to1/1/03
           W/enclosure

**TIG1599**

**EXHIBIT 51**

# MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.

Attorneys and Counselors

DAVID J. GASS
ATTORNEY AT LAW

616.831.1717
616.988.1717 fax
gassd@mjsc.com
www.millerjohnson.com

CALDER PLAZA BUILDING
250 MONROE AVENUE NW, SUITE 800
P.O. BOX 306
GRAND RAPIDS, MICHIGAN 49501-0306
616.831.1700

Ṁ MERITAS LAW FIRMS WORLDWIDE

December 28, 2004

## VIA FACSIMILE & CERTIFIED MAIL –
## RETURN RECEIPT REQUESTED

Mr. James J. Hopson
Marsh, Inc.
600 Renaissance Center
Suite 2100
Detroit, MI 48243

Re:   *Pfizer Inc., et al. v. Stryker Corporation, et al.*, Case No. 02 Civ. 8613

Dear Mr. Hopson:

We are writing to you, on behalf of Stryker Corporation ("Stryker"), to ask that you provide prompt notice to all of Stryker's excess umbrella carriers, from 1999 to date, of recent developments in this case that may trigger coverage under some or all of those policies.

This is an update to a letter dated January 8, 2003, and sent by you to those carriers regarding the lawsuit that Pfizer Inc. and MTG Divestitures Inc. (f/k/a Howmedica Inc.) (collectively, "Pfizer") have filed against Stryker in the United States District Court for the Southern District of New York (the "Pfizer Litigation"). For your convenience, I have attached a copy of that letter (without all attachments).

Pfizer filed suit against Stryker on October 28, 2002, in the Southern District of New York, alleging, among other things, that Stryker is obligated to reimburse Pfizer for litigation expenses, including certain defense and settlement costs "incurred as a result of third party claims arising from alleged injuries" due to the implantation of certain Duracon Uni-Compartmental Knees ("DUKs") sold after December 4, 1998.

On or about March 14, 2003, Stryker and Howmedica Osteonics Corp. ("HOC") (collectively, "Stryker") filed an Amended Counterclaim for Declaratory Judgment and Damages, alleging, among other things, that Pfizer never should have transferred the DUKs in question to Stryker and is obligated under the Stock and Asset Purchase Agreement entered into between the parties to defend and indemnify Stryker against any and all losses which Stryker has

**TIG1567**

MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.

Mr. James J. Hopson
December 28, 2004
Page 2

sustained due to the DUK claims and lawsuits at issue in the litigation between our respective clients. Pfizer has refused to so defend and indemnify Stryker.

Both Stryker and Pfizer filed motions for summary judgment on November 4, 2003. Pfizer contended that it is entitled to summary judgment on all of Stryker's counts. Stryker contended that it is entitled to summary judgment on its contract counts.

On November 24, 2004, the court in the Pfizer Litigation issued a Memorandum Opinion concerning the parties' cross-motions for summary judgment. The Opinion may affect coverage under excess umbrella policies issued to Stryker from 1999 to date. Specifically, the court ruled that Stryker is required to indemnify and defend Pfizer for losses which it suffered in connection with Duracon Uni-Knee claims arising from implants sold after December 4, 1998, and to reimburse Pfizer for its attorney fees in the Pfizer Litigation. While we do not know at this point how much Pfizer will ultimately claim to have suffered in losses, we believe that the amount could exceed $18 million. The court also denied Stryker's motion for summary judgment. However, some of Stryker's claims against Pfizer are still alive, and Stryker will continue to aggressively pursue recovery of its damages from Pfizer.

As you are aware, on or about October 4, 2001, Stryker Corporation and Howmedica Osteonics Corp. (collectively "Stryker") filed a declaratory judgment action, in the U.S. District Court for the Western District of Michigan, against two of its primary insurance carriers, XL Insurance America, Inc. (formerly known as Winterthur International America Insurance Company) ("XLIA") and National Union Fire Insurance Company of Pittsburg, PA ("National Union"). The complaint was amended to include a breach of contract action. In the action, Stryker seeks a declaration of its rights under certain liability insurance policies that were issued by XLIA and National Union. Stryker also seeks to recover from XLIA and National Union under the insurance policies' indemnification for the costs of defending and settling a number of product liability claims that were asserted against Stryker arising out of the sale and implantation of the DUKs. XLIA and National Union deny that Stryker is entitled to any insurance coverage under the policies. Stryker seeks defense and indemnity costs of more than $11.5 million. We anticipate that trial will be scheduled for some time during 2005.

We are writing out of an abundance of caution to make sure that all excess umbrella carriers have adequate notice of these actions. Depending on the outcome of the two lawsuits, Stryker's excess umbrella coverage, for some or all of the years 1999 to present, could be triggered.

**TIG1568**

MILLER, JOHNSON, SNELL & CUMMISKEY, PLC.

Mr. James J. Hopson
December 28, 2004
Page 3

---

Please confirm that this information has been provided to Stryker's excess umbrella carriers. Also, let us know if you or the carriers have any questions or need additional information.

Very truly yours,

MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.

By          David J. Gass

DJG:jr
Enclosures
cc:    Mr. Aaron Pettit
        Mr. Joel Silverstein

TIG1569

**EXHIBIT 52**

# MARSH

**James Hopson**
Senior Vice President
Claim Manager

Marsh USA Inc.
600 Renaissance Center
Suite 2100
Detroit, MI 48243
313 393 6770  Fax  313 393 6765
James.J.Hopson@Marsh.com
www.marsh.com

January 18, 2005

John Kurila
AISLIC
175 Water Street
8th Floor
New York, NY 10005

Subject:      **Stryker Corporation**
              **Claimant:   Pfizer Inc.**
              **Date of Loss:  1998 – 2002**
              **Policy No:  BE 3570506, 46984858**
              **Effective Dates:   1/1/98 to 1/1/99**
              **Policy No:   46994894 and BE 3570506**
              **Effective Dates: 1/1/99 t o1/1/00**
              **Policy No: 46002411**
              **Effective Dates:  1/1/00 to 1/1/01**
              **Policy No: 476 2775**
              **Effective Dates:   1/1/02 to 1/1/03**
              **Your File No: 169-132408**
              **Our File No:  L 02-01338**

Dear John:

In follow up to my January 8, 2003 correspondence, enclosed please find outside counsel's December 28, 2004 correspondence regarding the captioned matter. The purpose for sending this letter is twofold;

      1.  to provide and update all carriers previously on notice;
      2.  to provide notice to the 1/1/98 to 1/1/99 carriers.

Please let me know if there are any questions regarding this matter.

Very truly yours,

James J. Hopson

JJH/jl

cc:      Curtis Hall
         Michael Cartier
         Sarah Augustine
         Stryker Corporation

**TIG1575**

MMC  Marsh & McLennan Companies

Page Two

Cc:     David Gass
        Miller, Johnson, Snell & Cummiskey
        P.o. Box 306
        Grand Rapids, MI 49501-0306

        Pete Duncan
        Winterthur
        2727 Turtle Creek Blvd.
        P.O. Box 660273
        Dallas, TX 75266-0273
        Policy No: HFL 00427049D98
        Effective Dates:  1/1/98 to 1/1/99
        Policy No: HFL 004-270498
        Effective Dates:  1/1/99 to 1/1/00
        Policy No: HFL 004-286700
                   HFL 004-286800
        Effective Dates:  1/1/00 to 1/1/01
        Policy No:   HFL 004286701
                     HFL 004-29-28-01
                     HFL 004-29-08-01
                     HFL 004-29-29-01
                     HFL 004-29-68-01
        Effective Dates:   1/1/01 to 1/1/02

        Patrick Denning
        Transamerica Insurance Group
        125 S. Wacker Drive  Suite 700
        Chicago, IL 60606
        Policy No:  XLX9271339
        Effective Dates;  1/1/98 to 1/1/99
        Policy No:  1.  XLX9271419
                    2.  XLX9271420
        Effective Dates:  1/1/99 to 1/1/00
        Policy No:  XLX9274031
                    XLX9274032
        Effective Dates:  1/1/00 to 1/1/01
        w/enclosure

        John M. Gaw
        Reliance National Indemnity
        5 Hanover Square 17th floor
        New York, NY 10005
        Policy No:  NEA011811
        Effective Dates:  1/1/98 to 1/1/99
        Policy No:  1.  NEA011811
                    2.  NEA0132998
        Effective Dates:  1/1/99 to 1/1/00
        Policy No:  NEA011811
                    NEA0132998
        Effective Dates:  1/1/00 to 1/1/01
        w/enclosure

**TIG1576**



Page Three

Cc:    Beverly Miller
        Gulf Insurance Company
        P.O. Box 446
        Dallas, TX 75221
        Policy No:  1.  GA6087053, GA6087052
        Effective Dates:  1/1/98 to 1/1/99
        Policy No:  1.  GA0245773
                 2.  GA0245774
        Effective Dates:  1/1/99 to 1/1/00
        Policy No:  GA0591672
                GA0591673
        Effective Dates:  1/1/00 to 1/1/01
        Policy No:  1.  GA0600190
                 2.  GA0600191
        Effective Dates:  1/1/01 to 1/1/02
        w/enclosure

        Joyce Romoff
        United National Group
        Three Bala Plaza East suite 300
        Bala Cynwyd, PA 19004
        Policy No:  XTP57450
        Effective Dates:  1/1/98 to 1/1/99
        Policy No:  XTP57450
        Effective Dates:  1/1/99 to 1/1/00
        Policy No:  XTP59443
        Effective Dates:  1/1/00 to 1/1/01
        Policy No:  XTP 65552
        Effective Dates:  1/1/01 to 1/1/02
        w/enclosure

        Pat Pingree
        Lexington Insurance
        100 Summer Street
        Boston, MA 02109
        Policy No:  8532378
        Effective Dates:  1/1/99 to 1/1/00
        Policy No:  1073534
        Effective Dates:  1/1/00 to 1/1/01
        w/enclosure

**TIG1577**



Page Four


Cc:     Marilyn Stitt
        Agricultural Excess & Surplus Insurance
        c/o Professional Risk Brokers Inc.
        8510 McAlpine Park Drive Suite 114
        Suite 114
        Charlotte, NC 28211
        Policy No:  EXC800754202
                    EXC2384631
        Effective Dates: 1/1/98 to 1/1/99
        Policy No:  1. EXC3993554
                    2. EXC3893555
        Effective Dates: 1/1/99 to 1/1/00
        Policy No:  EXC3211129
        Effective Dates: 1/1/00 to 1/1/01
                Policy No:  1. EXC3211129
        Effective Dates: 1/1/01 to 1/1/02
        Policy No:  1. EXC3211129
        Effective Dates: 1/1/02 to 1/1/03

        Marilyn Michaud
        Lumbermen's Mutual
        c/o Ken Randall America
        2 Central Square
        Cambridge, MA 02139
        Policy No:  CE7100
        Effective Dates: 1/1/00 to 1/1/01
        Policy No:  9SR131069-01
                    9SR131072-01
        Effective Dates: 1/1/01 to 1/1/02

        Dennis Madea
        Ace USA
        P.O. Box 100005
        Roswell, GA 30077-7005
        Policy No:  G20108654
        Effective Date: 1/1/00 to 1/1/01
        Policy No:  HXA 647768-0
                    HXA 647767-0
        Effective Dates: 1/1/01 to 1/1/02

Page Five


Cc:     Richard Dudek
        Zurich
        P.O. Box 4032
        Schaumburg, IL 60618-4032
        Your File No: 912-100223
        Policy No: AEC 3885532-02
        Effective Dates: 1/1/04 to 1/1/05
        Policy No: AEC 3885532-01
        Effective Dates: 1/1/03 to 1/1/04
        Policy No: AEC 3750647-00
                   AEC 37499342-00
        Effective Dates: 1/1/01 to 1/1/02
        Policy No: AEC 3885532
        Effective Dates: 1/1/02 to 1/1/03
        W/enclosure

        Gillian Desilva
        Starr
        American International Bldg.
        29 Richmond Rd.
        Pembroke MH08 Bermuda
        Policy No: 6394385
        Effective dates; 1/1/02 to 1/1/03
        W/enclosure

        Graham Holmes
        Gerling and Zurich RE
        C/o Marsh
        Victoria House
        Norwich NR 3EE
        England
        Policy No: DL 388604(2)
        Effective Dates: 1/1/04 to1/1/05
        Policy No: D1388602(1)
        Effective Dates: 1/1/03 to 1/1/04
        Policy No: DL 365402
        Effective Dates: 1/1/02 to1/1/03
        W/enclosure

**TIG1579**

**EXHIBIT 53**

# MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.

### Attorneys and Counselors

DAVID J. GASS
ATTORNEY AT LAW

616.831.1717
616.988.1717 fax
gassd@mjsc.com

www.millerjohnson.com

DEC - 9 2004

CALDER PLAZA BUILDING
250 MONROE AVENUE NW, SUITE 800
P.O. BOX 306
GRAND RAPIDS, MICHIGAN 49501-0306
616.831.1700

MERITAS LAW FIRMS WORLDWIDE

December 6, 2004

**VIA OVERNIGHT DELIVERY**

James W. Walker, Esq.
Walker Sewell LLP
1601 Elm Street, Suite 4301
Dallas, TX  75201

Steven Brown, Esq.
Plunkett & Cooney, P.C.
38505 Woodward Avenue, Suite 2000
Bloomfield Hills, MI  48304

Re:   *Pfizer Inc., et al. v. Stryker Corporation, et al.*, Case No. 02 Civ. 8613
      XLIA (Winterthur) Policy No. HFL 004-28-67-00
      National Union Fire Insurance Co. of Pittsburgh, PA Policy No. BE 357-05-06

Dear Jim and Steve,

I am writing on behalf of Stryker Corporation regarding the above-referenced case and insurance policies. This letter will serve as an update to letters dated (1) January 8, 2003, sent by Jim Hopson of Marsh Inc. to both National Union and XLIA, and (2) December 2, 2003, sent by me to both of you, regarding the lawsuit that Pfizer Inc. and MTG Divestitures Inc. (f/k/a Howmedica Inc.) (collectively, "Pfizer") have filed against Stryker in the United States District Court for the Southern District of New York (the "Pfizer Litigation"). For your convenience, I have attached copies of the January 8, 2003, and the December 2, 2003, letters (without all attachments).

On November 24, 2004, the court in the Pfizer Litigation issued a Memorandum Opinion concerning the parties' cross-motions for summary judgment. A copy of the Opinion is enclosed. The Opinion may affect the amount of coverage that National Union and XLIA are obligated to provide to Stryker. Specifically, the court ruled that Stryker is required to indemnify and defend Pfizer for losses which it suffered in connection with Duracon Uni-Knee claims arising from implants sold after December 4, 1998, and to reimburse Pfizer for its attorney fees in the Pfizer Litigation. While we do not know at this point how much Pfizer will ultimately claim to have suffered in losses, we believe that the amount could exceed $18 million.

The court also denied Stryker's motion for summary judgment. However, some of Stryker's claims against Pfizer are still alive, and Stryker will continue to aggressively pursue recovery of its damages from Pfizer.

**TIG1600**

MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.

Messrs. Walker and Brown
December 6, 2004
Page 2

Please forward this letter to the appropriate persons at your respective clients. Contact me if you have any questions or would like additional information.

Very truly yours,

MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.

By _David J. Gass_

David J. Gass

DJG:jr
Enclosures
cc w/encls:   Peter Duncan, XLIA
              Jim Hopson, Marsh Inc.

TIG1601

**EXHIBIT 54**

# MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.

### Attorneys and Counselors

DAVID J. GASS
ATTORNEY AT LAW
616.831.1717
616.988.1717 fax
gassd@mjsc.com

www.millerjohnson.com

CALDER PLAZA BUILDING
250 MONROE AVENUE NW, SUITE 800
P.O. BOX 306
GRAND RAPIDS, MICHIGAN 49501-0306
616.831.1700

**Ⅲ MERITAS LAW FIRMS WORLDWIDE**

February 3, 2005

**TIG CHICAGO CLAIMS**

**TIG CHICAGO CLAIMS**

FEB ‒ 4 2005

FEB 0 9 2005

**ANNE HEDLESTON**

**NORTON GELLER**

Mr. Norton Geller
Transamerica Insurance Group
125 S. Wacker Drive, Suite 700
Chicago, IL 60606

**VIA OVERNIGHT MAIL**

**TIG CHICAGO CLAIMS**

FEB 0 9 2005

NO╌╍ ╌ ⸗R

Re: *Pfizer Inc., et al. v. Stryker Corporation, et al.*
Case No. 02 Civ. 8613
TIG Policy No: XLX9271339
Effective Dates: 1/1/98 to 1/1/99
TIG Policy No: 1. XLX9271419
2. XLX9271420
Effective Dates: 1/1/99 to 1/1/00
TIG Policy No: XLX9274031
XLX9274032

Dear Mr. Geller:

Last week you called me in response to my January 25, 2005, letter to Mr. Patrick Denning (a copy is enclosed). You told me that, on behalf of TIG, you had requested additional information about this case from Mr. James Hopson of Marsh (I had asked you for a copy of your email but so far have not received it). In the future, please forward any requests for information directly to me. You asked that I send you a copy of the Winterthur policy for the year 2000. A copy is enclosed. You also told me that TIG would make no commitment concerning coverage, will not attend any mediation, and is reserving its rights.

The mediation that was previously scheduled for February 7 will now take place later in the month. Prior to the mediation, we would like to know TIG's position on coverage. We would also like TIG to let us know whether it consents to Stryker's participation in the

**TIG002775**

MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.

Mr. Norton Geller
February 3, 2005
Page 2

mediation for the purpose of attempting to settle the referenced action. If we do not hear from you by the close of business (5 p.m.) on February 15, we will assume that TIG consents to Stryker's participation in the mediation for that purpose.

Very truly yours,

MILLER, JOHNSON, SNELL & CUMMISKEY, P.L.C.

By  *David J. Gass*

David J. Gass

DJG:kab
Enclosures

#905382 88940.060

**TIG002776**

**EXHIBIT 55**



Norton M. Geller
125 South Wacker Drive, Suite 700
Chicago, IL 60606
Phone: 312.606.2284
Fax: 312.606.0167
Email: norton_geller@tigspecialty.com

February 10, 2005

**Transmitted via Facsimile 616-988-1717
And U.S. Mail**

David J. Gass, Esq.
Miller, Johnson, Snell & Cummiskey, P.L.C.
P.O. Box 306
Grand Rapids, MI 49501-0306

Re:    Pfizer, Inc., et al. v. Stryker Corporation, et al.
       Case No. 02 Civ. 8613
       TIG Policy #: XLX 9271339
       Effective Dates:1/1/98 to 1/1/99
       TIG Policy #: XLX9271419 and XLX9271420
       Effective Dates: 1/1/98 to 1/1/99
       Claim #: B03002109
       TIG Policy #: XLX9274031 and XLX9274032
       Effective Dates: 1/1/00 to 1/1/01
       Claim #: B05000669

Dear Mr. Gass:

This will acknowledge receipt of your letter dated February 9, 2005 to include a copy of the Winterthur policy.

In our discussion of January 31, 2005 I requested a spreadsheet of the losses by policy year and you stated that would not be easy to do since Winterthur has the underlying coverage for policy year 2000 and has a batch clause where all losses are aggregated as one.

Our review of the Winterthur policy, in particular, the so-called "batch clause endorsement" we noted it has several coverage triggers. The occurrence date is the date of the explant of such a medical product. In the event no explant occurs, the

**TIG002771**

occurrence date will be deemed the earlier date of when a claim is made or suit filed alleging injury or damages, a professional opinion is rendered which provides a basis for a claim under the coverage, medical expenses incurred as a result of the alleged injury, or death.  The endorsement then refers to an advisory memorandum when all medical products have the same known or suspected defect or deficiency is identified in this memorandum.  The date of the advisory memorandum will be the date of occurrence for all claims resulting from or related to the batch.  The advisory memorandum shall not change a date of occurrence that has already been established (prior coverage trigger).   For an individual explant claim to be considered part of the batch, the date of occurrence as defined in the endorsement must be subsequent to January 1, 2000.

Based upon the above there are multiple triggers for the Winterthur policy that can trigger coverage in addition to the batch clause.  These coverage triggers will aggregate losses during the Winterthur policy period of January 1, 2000 to January 1, 2001.  The batch clause endorsement clearly does not provide batch coverage to any loss that arises out of a defect, or deficiency that is known or suspected prior to January 1, 2000.

In reviewing your letter of December 28, 2004 you state the Southern District of New York ruled on a Motion for Summary Judgment "that Stryker is obligated to reimburse Pfizer for litigation expenses, including certain defense and settlement costs incurred as a result of third party claims arising from alleged injuries due to the implantation of certain Duracon Uni-Compartmental Knees (DUK) sold after December 4, 1998."  The exact amount of the claim is unknown, but in your opinion could exceed $18 million.

You also refer to a Declaratory Judgment Action filed in the Western District of Michigan against two of the primary insurance carriers XL Insurance America (formerly Winterthur) ("XLIA") and National Union for breach of contract.  In the action you are seeking to recover more than $11.5 million in defense and indemnity costs.  We have no other written documentation as to this litigation, issues involved, nature of the dispute, nor the involved policy periods.

With the information that TIG has been supplied with to date it appears to us the "DUK" claims may involve occurrences taking place from December 4, 1998 through the present.  This could trigger policy periods from January 1, 1998 through the present.  Other than the Winterthur policy year, we do not know what the coverage triggers would be for the underlying coverage.  In regards to the claims issue of all the claims being batched as one, based upon the limited information we have to date, we do not concur.  Prior to 1/1/00 there was no batch clause.  During the Winterthur policy year there are multiple means as stated above to trigger cover other than the batch clause.  Therefore the "DUK" claims may trigger coverage on a horizontal basis rather than vertically.

TIG002772

There may or could be an issue of underlying aggregate impairment during the TIG policy years. If this is the case, TIG needs documentation of this impairment from the underlying carriers and Stryker by policy year.

TIG is not in a position to state their coverage position since we need additional information as to the claims and the positions of the carriers under TIG, namely National Union and Winterthur who have the controlling umbrella policies under the TIG policies. TIG cannot at this time provide Stryker with our consent to participate in a mediation to conclude the Pfizer litigation that is scheduled for later this month.

We request you provide us with the following information:

1.  A copy of all the underlying coverage from December 4, 1998 to the present with the exception of the Winterthur policy for policy year 2000 that you previously supplied us. We also need information documentation as to the insured's SIR on an occurrence and aggregate basis for this period of time;

2.  Request copies of documentation to include any coverage position taken by XLIA and National Union to include denial letters and a copy of all Declaratory Judgment Actions filed by the carriers or Stryker;

3.  Motions for Summary Judgment in the Declaratory Judgment Action and rulings by the Court. Current status of this litigation and the positions XLIA and National Union taken as to coverage;

4.  Has there been any aggregate impairment in the 1998 through 2000 policy periods? If so we need a detailed accounting to include any impairment of the Self Insured Retention;

5.  Copy of the Pfizer suit filed against Stryker;

6.  Copy of the Motion for Summary Judgment in the Pfizer litigation and the ruling from the Court;

7.  Copy of the acquisition agreement for Howmedica;

8.  A detail analysis of the damages in the Pfizer litigation to include an accounting of the universe of claims with an explanation of what the coverage trigger is for the claims to fall into various policy periods, i.e. date of explant, date claim made, medical opinion, death, date of injury, advisory memorandum or any other

TIG002773

coverage trigger that may apply based upon jurisdiction. This analysis should exclude the cost of the implant, which is Stryker/ Howmedica's product that is excluded from coverage. Each claim should have a cost of indemnity and defense and broken down individually by policy period. Additionally, what are the legal costs by Pfizer to pursue their cause of action against Stryker for indemnification?

9. A detailed analysis of the damages in the Stryker litigation against XLIA and National Union to include an accounting of the claims in dispute broken down by individual claim to include an explanation of the coverage trigger as referenced above with the same type of analysis;

10. When did Stryker and/or Howmedica first become aware or suspect a problem with "DUK"? We need documented information;

11. What did Stryker and/or Howmedica do to resolve the problem? We need documented information;

12. Provide us with copies of copies of all "Advisory Memorandums" that were issued;

13. What claims are still alive that Stryrker is pursuing against Pfizer?

Upon receipt of this information we will further analyze our position. In the interim, we continue to reserve our rights under the policy.

Sincerely,

Norton M. Geller

**TIG002774**

**EXHIBIT 56**

Norton Geller

01/25/2005 01:39 PM

To: James.J.Hopson@Marsh.com
cc:
Subject: Pfizer, Inc. v Stryker Corp.
Your File #: L02-01338
Our File #: B03002109

Dear Mr. Hopson;

This is in response to your letters of December 15, 2004 and January 18, 2005.

Please provide us with the following information:

1. Complete copies of the WIntherthur International America Insurance Company (XLIA) and National Union policies; :
2. Copy of the coverage position taken by XLIA and National Union to include denial letters and copies of an Declaratory Actions filed;
3. Has there been any aggregate impairment in either of the polices?  If so, what is the impairment.
4. Copy of Pfizer suit filed against Stryker
5. Copy of acquisition agreement

At this time TIG has insufficient information to make any coverage determination and rights its rights under the policy.

Sincerely,

Norton M. Geller
TIG
125 S. Wacker Drive, Suite 700
Chicago, IL 60606
Phone #: 312-606-2284
Fax #: 312-606-0167
norton_geller@tigspecialty.com

TIG1593

**EXHIBIT 57**

Charles B. Updike (CU 1277)
Beth L. Kaufman (BK 7809)
Schoeman, Updike & Kaufman, LLP
60 East 42nd Street
New York, New York 10165
(212) 661-5030

Attorneys for Plaintiffs PFIZER INC.
and MTG DIVESTITURES INC.

#203

[stamp: U.S. DISTRICT COURT FILED APR 22 2005 S.D. OF N.Y.]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
PFIZER INC. and MTG DIVESTITURES INC.,:

                Plaintiffs,

        v.

STRYKER CORPORATION,

             Defendant.
-------------------------------------------------------
STRYKER CORPORATION, HOWMEDICA
OSTEONICS CORP.,

           Counterclaimants,

        v.

PFIZER INC., and MTG DIVESTITURES INC.,:
f/k/a HOWMEDICA INC.,

           Counterclaim Defendants. :
-------------------------------------------------------X

02 Civ. 8613 (LAK)

INTERLOCUTORY
ORDER AND JUDGMENT

#05,0737

Plaintiffs Pfizer Inc. and MTG Divestitures Inc. (collectively "Pfizer")
filed this action against Stryker Corp. and Howmedica Osteonics Corp. (collectively
"Stryker"). In an opinion and order dated November 30, 2004, (the "November 30
Order") the Court determined certain issues of liability as part of the Court's

*(left margin, vertical)* MICROFILM -9:00 AM APR 25 2005

Stryker-TIG 006643
Confidential Information
Pursuant to Protective Order

Findings of Fact and Conclusions of Law, incorporated herein by reference, and

decreed, *inter alia*, that:

1.  It is hereby declared that Stryker shall indemnify, defend and hold
    Pfizer harmless for all Losses, as defined in the Purchase Agreement,
    other than punitive damages from third party claims relating to DUKs
    sold after December 4, 1998, and reimburse Pfizer for its reasonable
    attorney's fees in connection with the instant declaratory judgment
    action.

2.  Stryker is liable to Pfizer on count two of Pfizer's Amended Complaint
    [DI 44], breach of contract, for an amount to be ascertained at trial.

    Pfizer moved to try its damages separately from certain issues raised

by Stryker's counterclaims that remained unresolved by the November 30 Order.

That motion was granted in an Opinion and Order dated January 28, 2005.

    A trial was conducted on March 22, 23, and 24, 2005 before the Court
and a jury. During trial, Stryker stipulated to settlement payments by Pfizer in
amount of $6,565,110.96 as to which Stryker had no defense and for which Pfizer

sought indemnification and the dates upon which Pfizer paid the settlements in
question. The stipulations left only one settlement payment at issue — the

settlement payment in the *Orrik* litigation – which was put to the jury. The jury

found that Pfizer paid $6,275,000 in settlement of the *Orrik* litigation and that no
part of that amount was paid in respect of punitive damages.

    The other question put to the jury related to the amount of recoverable

legal expenses incurred by Pfizer in the general billing files on three cases. The

jury found that $1,153,034.97 of the legal expenses billed in the general files was

attributable to post-closing cases, and therefore was recoverable by Pfizer.

2

Stryker-TIG 006644
Confidential Information
Pursuant to Protective Order

During trial, Pfizer offered evidence of invoices and payment for legal expenses on individual post-closing billing files in total amount of $1,105,545.06 which was admitted. Because Stryker offered no evidence as to these claims, there was no need to put a question to the jury as to these payments. Pfizer moved for and is entitled to judgment as a matter of law pursuant to Rule 50 of the Federal Rules of Civil Procedure as to this amount.

The dates of payment of each settlement and each invoice for legal fees was either the subject of a stipulation or was proved by uncontroverted evidence. Plaintiffs are entitled to statutory pre-judgment interest at 9 percent per annum from the respective dates of such payments. Exhibit A annexed hereto is a schedule setting forth each of the payments described above and calculating the interest thereon through April 18, 2005.

In accordance with the foregoing findings and conclusions, it is ORDERED AND ADJUDGED that defendants Stryker Corp and Howmedica Osteonics Corp. are jointly and severally liable to plaintiffs Pfizer Inc. and MTG Divestitures Inc. in total amount of $17,710,428.34 and shall have judgment therefor. ~~the~~ As defendants' counterclaim remains pending, this interlocutory judgment does not close this case.

Dated: April 20, 2005

SO ORDERED

Hon. Lewis A. Kaplan
U.S.D.J.

3

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON  4/22/05

Stryker-TIG 006645
Confidential Information
Pursuant to Protective Order

Charles B. Updike (CU 1277)
Beth L. Kaufman (BK 7809)
Schoeman, Updike & Kaufman, LLP
60 East 42nd Street
New York, New York 10165
(212) 661-5030

Attorneys for Plaintiffs PFIZER INC.
and MTG DIVESTITURES INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
PFIZER INC. and MTG DIVESTITURES INC.,:

                          Plaintiffs,

        v.

STRYKER CORPORATION,

                   Defendant.
-------------------------------------------------------

STRYKER CORPORATION, HOWMEDICA
OSTEONICS CORP.,

             Counterclaimants,

        v.

PFIZER INC., and MTG DIVESTITURES INC.,:
f/k/a HOWMEDICA INC.,

            Counterclaim Defendants. :
-------------------------------------------------------X

02 Civ. 8613 (LAK)

INTERLOCUTORY
ORDER AND JUDGMENT

      Plaintiffs Pfizer Inc. and MTG Divestitures Inc. (collectively "Pfizer")
filed this action against Stryker Corp. and Howmedica Osteonics Corp. (collectively
"Stryker").  In an opinion and order dated November 30, 2004, (the "November 30
Order") the Court determined certain issues of liability as part of the Court's

Stryker-TIG 006646
Confidential Information
Pursuant to Protective Order

Findings of Fact and Conclusions of Law, incorporated herein by reference, and

decree, *inter alia,* that:

1.   It is hereby declared that Stryker shall indemnify, defend and hold
Pfizer harmless for all Losses, as defined in the Purchase Agreement,
other than punitive damages from third party claims relating to DUKs
sold after December 4, 1998, and reimburse Pfizer for its reasonable
attorney's fees in connection with the instant declaratory judgment
action.

2.   Stryker is liable to Pfizer on count two of Pfizer's Amended Complaint
[DI 44], breach of contract, for an amount to be ascertained at trial.

Pfizer moved to try its damages separately from certain issues raised

by Stryker's counterclaims that remained unresolved by the November 30 Order.

That motion was granted in an Opinion and Order dated January 28, 2005.

A trial was conducted on March 22, 23, and 24, 2005 before the Court

and a jury.  During trial, Stryker stipulated to settlement payments by Pfizer in

amount of $6,565,110.96 as to which Stryker had no defense and for which Pfizer

sought indemnification and the dates upon which Pfizer paid the settlements in

question.  The stipulations left only one settlement payment at issue — the

settlement payment in the *Orrik* litigation – which was put to the jury.  The jury

found that Pfizer paid $6,275,000 in settlement of the *Orrik* litigation and that no

part of that amount was paid in respect of punitive damages.

The other question put to the jury related to the amount of recoverable

legal expenses incurred by Pfizer in the general billing files on three cases.  The

jury found that $1,153,034.97 of the legal expenses billed in the general files was

attributable to post-closing cases, and therefore was recoverable by Pfizer.

2

Stryker-TIG 006647
Confidential Information
Pursuant to Protective Order

During trial, Pfizer offered evidence of invoices and payment for legal expenses on individual post-closing billing files in total amount of $1,105,545.06 which was admitted. Because Stryker offered no evidence as to these claims, there was no need to put a question to the jury as to these payments.  Pfizer moved for and is entitled to judgment as a matter of law pursuant to Rule 50 of the Federal Rules of Civil Procedure as to this amount.

The dates of payment of each settlement and each invoice for legal fees was either the subject of a stipulation or was proved by uncontroverted evidence. Plaintiffs are entitled to statutory pre-judgment interest at 9 percent per annum from the respective dates of such payments.  Exhibit A annexed hereto is a schedule setting forth each of the payments described above and calculating the interest thereon through April 18, 2005.

In accordance with the foregoing findings and conclusions, it is ORDERED AND ADJUDGED that defendants Stryker Corp and Howmedica Osteonics Corp. are jointly and severally liable to plaintiffs Pfizer Inc. and MTG Divestitures Inc. in total amount of $17,710,428.34 ~~and shall have judgment therefor~~. As defendants' counterclaim remains pending, this interlocutory judgment does not close this case.

Dated: April 20, 2005

SO ORDERED

Hon. Lewis A. Kaplan
U.S.D.J.

3

Stryker-TIG 006648
Confidential Information
Pursuant to Protective Order

Charles B. Updike (CU 1277)
Beth L. Kaufman (BK 7809)
Schoeman, Updike & Kaufman, LLP
60 East 42nd Street
New York, New York 10165
(212) 661-5030

Attorneys for Plaintiffs PFIZER INC.
and MTG DIVESTITURES INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
PFIZER INC. and MTG DIVESTITURES INC.          :
                                               :        02 Civ. 8613 (LAK)
                    Plaintiffs,                :
                                               :
            v.                                 :
                                               :
STRYKER CORPORATION,                           :
                                               :
                    Defendant.                 :
------------------------------------------------------X
STRYKER CORPORATION, HOWMEDICA               :
OSTEONICS CORP.                                :
                                               :
                    Counterclaimants,          :
                                               :
            v.                                 :
                                               :
PFIZER INC., and MTG DIVESTITURES INC.        :
f/k/a HOWMEDICA INC.                           :
                                               :
                    Counterclaim Defendants.   :
------------------------------------------------------X

EXHIBIT A

TO

ORDER AND JUDGMENT

*          *          *          *          *

CALCULATION OF PRE-JUDGMENT INTEREST

Stryker-TIG 006649
Confidential Information
Pursuant to Protective Order

Pfizer v. Stryker -- 02 Civ. 8613 (LAK)

## SUMMARY OF INTEREST CACLULATIONS

| Category of Damages | Damages Paid | Interest Through | Statutory Interest Rate | Interest Due | Damages Plus Interest |
|---|---|---|---|---|---|
| Interest Through This Date: | | 4/18/2005 | 9% | | |
| Settlements | $ 12,840,110.96 | 4/18/2005 | 9% | $ 2,180,709.91 | $ 15,020,820.87 |
| Legal Expenses | $ 2,258,580.03 | 4/18/2005 | 9% | $ 431,027.44 | $ 2,689,607.47 |
| TOTALS: | $ 15,098,690.99 | | | $ 2,611,737.35 | $ 17,710,428.34 |
| | Total Damages | | | Total Interest | Total Damages Plus Interest |

Pfizer v. Stryker -- 02 Civ. 8613 (LAK)

## SETTLEMENTS

| Case Name | Settlement Amount | Date Paid | Interest Through (This Date: 4/18/2005) | Total Days | Statutory Interest Rate (9%) | Interest Due | Total Settlement Plus Interest |
|---|---|---|---|---|---|---|---|
| Ortik (Group) | $ 6,275,000.00 | 1/14/2002 | 4/18/2005 | 896 | 9% | $ 1,386,345.21 | $ 7,661,345.21 |
| Moffat | $ 100,000.00 | 1/16/2003 | 4/18/2005 | 823 | 9% | $ 20,293.15 | $ 120,293.15 |
| Massie | $ 93,750.00 | 4/4/2003 | 4/18/2005 | 745 | 9% | $ 17,221.75 | $ 110,971.75 |
| Kitchens | $ 950,000.00 | 12/9/2003 | 4/18/2005 | 496 | 9% | $ 116,186.30 | $ 1,066,186.30 |
| Nova | $ 600,000.00 | 12/9/2003 | 4/18/2005 | 496 | 9% | $ 73,380.82 | $ 673,380.82 |
| Bartlett | $ 500,000.00 | 12/9/2003 | 4/18/2005 | 496 | 9% | $ 61,150.68 | $ 561,150.68 |
| Ways | $ 1,752,859.59 | 12/30/2003 | 4/18/2005 | 475 | 9% | $ 205,300.68 | $ 1,958,160.27 |
| Rogers | $ 647,562.33 | 12/30/2003 | 4/18/2005 | 475 | 9% | $ 75,844.63 | $ 723,406.96 |
| Fields | $ 919,660.96 | 12/30/2003 | 4/18/2005 | 475 | 9% | $ 107,713.72 | $ 1,027,374.68 |
| Galzerano | $ 1,001,278.08 | 12/30/2003 | 4/18/2005 | 475 | 9% | $ 117,272.98 | $ 1,118,551.06 |
| TOTALS: | $ 12,840,110.96 (Total Settlement Amounts) | | | | | $ 2,180,709.91 (Total Interest Due) | $ 15,020,820.87 (Total Settlements Plus Interest) |

The settlement amounts for each of these cases are drawn from Paragraph 5 of the Second Set of Stipulations.

The settlement dates for these cases are drawn from the First Set of Stipulations (Moffat, Massie, Bartlett, Nova-Zalusky and Kitchens); the Second Set of Stipulations (Galzerano, Fields, Ways and Rogers); and from Question 1 of the the Jury Verdict Form (Ortik).

Stryker-TIG 006651
Confidential Information
Pursuant to Protective Order

Pfizer v. Stryker -- 02 Civ. 8613 (LAK)

# LEGAL EXPENSES SUMMARY

| | Interest Through This Date: | Statutory Interest Rate |
|---|---|---|
| | 4/18/2005 | 9% |

(See the referenced subtable for details of interest calculations for payments of individual bills from each billing file)

| Billing File (Law Firm) | Total Legal Expenses | Date Paid | Interest Through | Total Days | Statutory Interest Rate | Interest Due | Total Expenses Plus Interest | Subtable for Details |
|---|---|---|---|---|---|---|---|---|
| DUK General (GDLD) * | $804,091.19 | Varies | 4/18/2005 | Varies | 9% | $192,884.24 | $996,975.43 | Subtable 1 |
| Bartlett General (GDLD) | $234,664.62 | Varies | 4/18/2005 | Varies | 9% | $28,212.03 | $262,886.65 | Subtable 2 |
| Orrik General (GDLD) * | $88,032.52 | Varies | 4/18/2005 | Varies | 9% | $22,709.72 | $110,742.24 | Subtable 3 |
| Orrik General (WROT) * | $26,256.64 | Varies | 4/18/2005 | Varies | 9% | $4,755.81 | $31,012.45 | Subtable 4 |

*General File -- Only 50% of invoice is listed; Likewise, interest is calculated on only 50% of invoice amount.*

| Billing File (Law Firm) | Total Legal Expenses | Date Paid | Interest Through | Total Days | Statutory Interest Rate | Interest Due | Total Expenses Plus Interest | Subtable for Details |
|---|---|---|---|---|---|---|---|---|
| Orrik Individual (GDLD) | $176,491.69 | Varies | 4/18/2005 | Varies | 9% | $43,857.06 | $220,348.75 | Subtable 5 |
| Galzerano Individual (GDLD) | $605,042.06 | Varies | 4/18/2005 | Varies | 9% | $81,651.05 | $687,693.11 | Subtable 6 |
| Galzerano Individual (WROT) | $66,952.37 | Varies | 4/18/2005 | Varies | 9% | $7,912.52 | $74,864.89 | Subtable 7 |
| Bartlett Individual (GDLD) | $173,784.48 | Varies | 4/18/2005 | Varies | 9% | $33,477.14 | $207,261.62 | Subtable 8 |
| Bartlett Individual (WROT) | $22,209.98 | Varies | 4/18/2005 | Varies | 9% | $3,019.11 | $26,229.09 | Subtable 9 |
| Massie Individual (GDLD) | $7,118.48 | Varies | 4/18/2005 | Varies | 9% | $1,218.63 | $8,337.11 | Subtable 10 |
| Moffat Individual (HFOB) | $4,831.57 | Varies | 4/18/2005 | Varies | 9% | $1,136.02 | $5,967.59 | Subtable 11 |
| Moffat Individual (EK) | $48,114.43 | Varies | 4/18/2005 | Varies | 9% | $10,194.11 | $58,308.54 | Subtable 12 |

| TOTALS: | Total Legal Expenses | | | | | Total Interest Due | Total Expenses Plus Interest | |
|---|---|---|---|---|---|---|---|---|
| | $2,258,580.03 | | | | | $ 431,027.44 | $ 2,689,607.47 | |

The indicated amounts and payment dates for Legal Expenses in this section are drawn from Pfizer's "Summary of All Post-Closing Legal Expenses" (PX 246B); please see that document for Exhibit# / Bates# references for each of the underlying invoices and payment records.

Stryker-TIG 006652
Confidential Information
Pursuant to Protective Order

Pfizer v. Stryker -- 02 Civ. 8613 (LAK)

## LEGAL EXPENSES -- DETAIL

| | | Interest Through This Date: 4/18/2006 | Statutory Interest Rate 9% |
|---|---|---|---|
| **GENERAL Files** | (Only 50% of total invoice amount is listed; Likewise, interest is calculated on only 50% of invoice amount) | | |
| Subtable 1 | DUK General (GDLD) | | |
| Subtable 2 | Bartlett General (GDLD) | | |
| Subtable 3 | Ortik General (GDLD) | | |
| Subtable 4 | Ortik General (WROT) | | |
| **INDIVIDUAL Files** | (Full invoice amount is listed; Likewise, interest is calculated on full invoice amount) | | |
| Subtable 5 | Ortik Individual (GDLD) | | |
| Subtable 6 | Galzarano Individual (GDLD) | | |
| Subtable 7 | Galzarano Individual (WROT) | | |
| Subtable 8 | Bartlett Individual (GDLD) | | |
| Subtable 9 | Bartlett Individual (WROT) | | |
| Subtable 10 | Massie Individual (GDLD) | | |
| Subtable 11 | Moffat Individual (HFOB) | | |
| Subtable 12 | Moffat Individual (EK) | | |

### Key to Law Firm Abbreviations

| | |
|---|---|
| GDLD | Goodell DeVries Leech & Dann |
| WROT | Wright Robinson Osthimer & Tatum |
| HFOB | Hall Farley Oberrecht & Blanton |
| EK | Evans Keane |

Stryker-TIG 006653
Confidential Information
Pursuant to Protective Order

Pfizer v. Stryker -- 02 Civ. 8613 (LAK)

| Subtable 1 | DUK General (GDLD) | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | General File -- Only 50% of Invoice is listed. Likewise, Interest is calculated on only 50% of Invoice amount. | | | | | | |
| Invoice Number | 50% of Invoice Amount | Date Paid | Interest Through | Total Days | Interest Rate | Interest Due | Total Expenses Plus Interest |
| 20131 | $ 11,329.85 | 10/22/2001 | 4/18/2005 | 1274 | 9% | $ 3,559.12 | 14,888.97 |
| 20722 | $ 26,861.34 | 11/8/2001 | 4/18/2005 | 1260 | 9% | $ 8,345.41 | 35,206.75 |
| 21420 | $ 37,062.02 | 12/7/2001 | 4/18/2005 | 1228 | 9% | $ 11,222.18 | 48,284.20 |
| 22062 | $ 32,869.66 | 2/12/2002 | 4/18/2005 | 1161 | 9% | $ 9,409.73 | 42,279.38 |
| 22707 | $ 22,967.40 | 4/15/2002 | 4/18/2005 | 1099 | 9% | $ 6,223.85 | 29,191.25 |
| 23196 | $ 23,293.08 | 4/15/2002 | 4/18/2005 | 1099 | 9% | $ 6,312.10 | 29,605.18 |
| 23535 | $ 38,634.51 | 4/22/2002 | 4/18/2005 | 1092 | 9% | $ 10,402.74 | 49,037.25 |
| 24170 | $ 40,301.04 | 4/29/2002 | 4/18/2005 | 1085 | 9% | $ 10,781.91 | 51,082.94 |
| 24712 | $ 39,141.55 | 5/31/2002 | 4/18/2005 | 1053 | 9% | $ 10,162.86 | 49,304.41 |
| 25328 | $ 36,983.85 | 7/29/2002 | 4/18/2005 | 994 | 9% | $ 9,064.59 | 46,048.43 |
| 25848 | $ 67,396.26 | 9/3/2002 | 4/18/2005 | 958 | 9% | $ 15,920.29 | 83,316.54 |
| 26453 | $ 75,742.99 | 9/3/2002 | 4/18/2005 | 958 | 9% | $ 17,891.95 | 93,634.93 |
| 26878 | $ 40,532.09 | 10/28/2002 | 4/18/2005 | 903 | 9% | $ 9,024.77 | 49,556.86 |
| 27666 | $ 100,179.82 | 11/7/2002 | 4/18/2005 | 888 | 9% | $ 21,935.26 | 122,115.08 |
| 28149 | $ 124,570.08 | 12/30/2002 | 4/18/2005 | 840 | 9% | $ 25,801.36 | 150,371.44 |
| 28881 | $ 64,865.58 | 12/30/2002 | 4/18/2005 | 840 | 9% | $ 13,435.17 | 78,300.75 |
| 29653 | $ 9,372.10 | 2/14/2003 | 4/18/2005 | 794 | 9% | $ 1,834.88 | 11,206.98 |
| 30137 | $ 1,247.23 | 3/21/2003 | 4/18/2005 | 759 | 9% | $ 233.42 | 1,480.65 |
| 30978 | $ 908.18 | 7/4/2003 | 4/18/2005 | 654 | 9% | $ 146.45 | 1,054.63 |
| 31500 | $ 890.61 | 8/16/2003 | 4/18/2005 | 672 | 9% | $ 147.57 | 1,038.18 |
| 32330 | $ 1,776.78 | 6/28/2003 | 4/18/2005 | 662 | 9% | $ 290.03 | 2,066.80 |
| 33148 | $ 387.02 | 7/4/2003 | 4/18/2005 | 654 | 9% | $ 62.41 | 449.43 |
| 34015 | $ 365.96 | 7/24/2003 | 4/18/2005 | 634 | 9% | $ 57.21 | 423.17 |
| 34688 | $ 598.51 | 12/22/2003 | 4/18/2005 | 483 | 9% | $ 71.28 | 669.79 |
| 36384 | $ 512.65 | 11/22/2003 | 4/18/2005 | 513 | 9% | $ 64.85 | 577.49 |
| 37196 | $ 147.15 | 11/22/2003 | 4/18/2005 | 513 | 9% | $ 18.61 | 165.76 |
| 37741 | $ 2,212.23 | 12/22/2003 | 4/18/2005 | 483 | 9% | $ 263.47 | 2,475.69 |
| 38568 | $ 1,141.74 | 5/24/2004 | 4/18/2005 | 329 | 9% | $ 92.62 | 1,234.36 |
| 40389 | $ 345.96 | 8/13/2004 | 4/18/2005 | 248 | 9% | $ 21.16 | 367.12 |
| 41394 | $ 66.99 | 6/30/2004 | 4/18/2005 | 292 | 9% | $ 4.82 | 71.81 |
| 41884 | $ 1,052.01 | 8/13/2004 | 4/18/2005 | 248 | 9% | $ 64.33 | 1,116.34 |

Stryker-TIG 006654
Confidential Information
Pursuant to Protective Order

Pfizer v. Stryker -- 02 Civ. 8613 (LAK)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 42710 | $ 211.96 | 8/13/2004 | 4/18/2005 | 248 | 9% | $ 12.96 | $ 224.92 |
| 43597 | $ 53.07 | 8/13/2004 | 4/18/2005 | 248 | 9% | $ 3.25 | $ 56.32 |
| 49210 | $ 70.00 | 1/14/2005 | 4/18/2005 | 94 | 9% | $ 1.62 | $ 71.62 |
| SUBTOTAL | $ 804,091.19 | | | | | $ 192,884.24 | $ 996,975.43 |



Stryker-TIG 006655
Confidential Information
Pursuant to Protective Order

Pfizer v. Stryker -- 02 Civ. 8613 (LAK)

| Subtable 2 | Bartlett General (GDLD) | | | | | | |
|---|---|---|---|---|---|---|---|
| | General File -- Only 50% of Invoice is listed; Likewise, interest is calculated on only 50% of invoice amount | | | | | | |
| Invoice Number | 50% of Invoice Amount | Date Paid | Interest Through | Total Days | Interest Rate | Interest Due | Total Expenses Plus Interest |
| 34052 | $ 14,454.36 | 7/24/2003 | 4/18/2005 | 634 | 9% | $ 2,259.63 | $ 16,713.99 |
| 34718 | $ 19,282.87 | 12/22/2003 | 4/18/2005 | 483 | 9% | $ 2,296.51 | $ 21,579.38 |
| 35352 | $ 14,116.43 | 11/22/2003 | 4/18/2005 | 513 | 9% | $ 1,785.63 | $ 15,902.06 |
| 35393 | $ 50,575.15 | 11/22/2003 | 4/18/2005 | 513 | 9% | $ 6,397.41 | $ 56,972.55 |
| 37210 | $ 54,025.45 | 12/23/2003 | 4/18/2005 | 482 | 9% | $ 6,420.89 | $ 60,446.34 |
| 37746 | $ 49,389.66 | 12/23/2003 | 4/18/2005 | 482 | 9% | $ 5,869.93 | $ 55,259.58 |
| 38590 | $ 29,457.98 | 3/3/2004 | 4/18/2005 | 411 | 9% | $ 2,985.34 | $ 32,443.32 |
| 39761 | $ 2,206.93 | 8/13/2004 | 4/18/2005 | 248 | 9% | $ 134.95 | $ 2,341.88 |
| 40383 | $ 605.50 | 8/13/2004 | 4/18/2005 | 248 | 9% | $ 37.03 | $ 642.53 |
| 43600 | $ 120.29 | 8/13/2004 | 4/18/2005 | 248 | 9% | $ 7.36 | $ 127.64 |
| 44499 | $ 110.03 | 8/13/2004 | 4/18/2005 | 248 | 9% | $ 6.73 | $ 116.75 |
| 48248 | $ 310.00 | 11/30/2004 | 4/18/2005 | 139 | 9% | $ 10.62 | $ 320.62 |
| SUBTOTAL | $ 234,654.62 | | | | | $ 28,212.03 | $ 262,866.65 |

Stryker-TIG 006656
Confidential Information
Pursuant to Protective Order

Pfizer v. Stryker -- 02 Civ. 8613 (LAK)

| Subtable 3 | Orrik General (GDLD) | | | | | | |
|---|---|---|---|---|---|---|---|
| | General File -- Only 50% of Invoice is listed; Likewise, interest is calculated on only 50% of invoice amount | | | | | | |
| Invoice Number | 50% of Invoice Amount | Date Paid | Interest Through | Total Days | Interest Rate | Interest Due | Total Expenses Plus Interest |
| 17570* | $ 1,507.89 | 7/5/2001 | 4/18/2005 | 1383 | 9% | $ 514.21 | $ 2,022.10 |
| 18221 | $ 9,772.85 | 7/5/2001 | 4/18/2005 | 1383 | 9% | $ 3,332.68 | $ 13,105.53 |
| 18866 | $ 9,407.92 | 9/4/2001 | 4/18/2005 | 1322 | 9% | $ 3,066.72 | $ 12,474.64 |
| 19806 | $ 11,572.72 | 9/17/2001 | 4/18/2005 | 1309 | 9% | $ 3,735.29 | $ 15,308.01 |
| 20139 | $ 1,340.54 | 10/22/2001 | 4/18/2005 | 1274 | 9% | $ 421.11 | $ 1,761.65 |
| 20730 | $ 573.78 | 10/22/2001 | 4/18/2005 | 1274 | 9% | $ 180.25 | $ 754.03 |
| 21429 | $ 921.00 | 11/21/2001 | 4/18/2005 | 1244 | 9% | $ 282.51 | $ 1,203.51 |
| 22719 | $ 861.99 | 3/8/2002 | 4/18/2005 | 1137 | 9% | $ 241.66 | $ 1,103.65 |
| 23216 | $ 822.54 | 4/26/2002 | 4/18/2005 | 1088 | 9% | $ 220.66 | $ 1,043.20 |
| 23576 | $ 33.68 | 5/31/2002 | 4/18/2005 | 1053 | 9% | $ 8.74 | $ 42.42 |
| 24208 | $ 438.68 | 8/23/2002 | 4/18/2005 | 969 | 9% | $ 104.81 | $ 543.49 |
| 24781 | $ 293.67 | 9/3/2002 | 4/18/2005 | 968 | 9% | $ 69.37 | $ 363.03 |
| 25376 | $ 302.78 | 8/23/2002 | 4/18/2005 | 969 | 9% | $ 72.34 | $ 375.12 |
| 26466 | $ 227.84 | 9/3/2002 | 4/18/2005 | 958 | 9% | $ 53.82 | $ 281.66 |
| 26915 | $ 482.06 | 6/6/2002 | 4/18/2005 | 682 | 9% | $ 81.07 | $ 563.13 |
| 27599 | $ 5,995.61 | 10/28/2002 | 4/18/2005 | 903 | 9% | $ 1,334.97 | $ 7,330.57 |
| 28199 | $ 20,708.06 | 10/28/2002 | 4/18/2005 | 840 | 9% | $ 4,289.12 | $ 24,997.18 |
| 28903 | $ 21,758.62 | 12/30/2002 | 4/18/2005 | 840 | 9% | $ 4,506.72 | $ 26,265.33 |
| 29577 | $ 802.80 | 2/14/2003 | 4/18/2005 | 794 | 9% | $ 157.17 | $ 969.97 |
| 30163 | $ 72.20 | 3/21/2003 | 4/18/2005 | 759 | 9% | $ 13.51 | $ 85.71 |
| 31519 | $ 33.60 | 6/16/2003 | 4/18/2005 | 672 | 9% | $ 5.67 | $ 39.16 |
| 32352 | $ 10.98 | 6/26/2003 | 4/18/2005 | 662 | 9% | $ 1.79 | $ 12.77 |
| 33185 | $ 70.00 | 7/4/2003 | 4/18/2005 | 654 | 9% | $ 11.29 | $ 81.29 |
| 34727 | $ 0.56 | 12/23/2002 | 4/18/2005 | 847 | 9% | $ 0.12 | $ 0.67 |
| 35354 | $ 20.19 | 12/23/2002 | 4/18/2005 | 847 | 9% | $ 4.22 | $ 24.41 |
| SUBTOTAL | $ 88,032.52 | | | | | $ 22,709.72 | $ 110,742.24 |

* Note: that the face amount of Invoice #17570 has been reduced by $0.13 in order to comply with the exact amount awarded by the jury.

Stryker-TIG 006657
Confidential Information
Pursuant to Protective Order



Pfizer v. Stryker -- 02 Civ. 8613 (LAK)

## Subtable 4 — Orrik General (WROT)

General File -- Only 50% of invoice is listed. Likewise, interest is calculated on only 50% of invoice amount

| Invoice Number | 50% of Invoice Amount | Date Paid | Interest Through | Total Days | Interest Rate | Interest Due | Total Expenses Plus Interest |
|---|---|---|---|---|---|---|---|
| 1 | $ 8,472.46 | 10/21/2002 | 4/18/2005 | 910 | 9% | $ 1,901.08 | $ 10,373.54 |
| 2 | $ 17,784.18 | 7/7/2003 | 4/18/2005 | 651 | 9% | $ 2,854.73 | $ 20,638.91 |
| SUBTOTAL | $ 26,256.64 | | | | | $ 4,755.81 | $ 31,012.45 |

Stryker-TIG 006658
Confidential Information
Pursuant to Protective Order

Pfizer v. Stryker -- 02 Civ. 8613 (LAK)

**Subtable 5** — Orrik Individual (GDLD)

| Invoice Number | Invoice Amount | Date Paid | Interest Through | Total Days | Interest Rate | Interest Due | Total Expenses Plus Interest |
|---|---|---|---|---|---|---|---|
| 18223 | $ 1,540.00 | 8/27/2001 | 4/18/2005 | 1330 | 9% | $ 505.04 | $ 2,045.04 |
| 18868 | $ 727.35 | 9/12/2001 | 4/18/2005 | 1314 | 9% | $ 235.66 | $ 963.01 |
| 19793 | $ 3,463.70 | 9/17/2001 | 4/18/2005 | 1309 | 9% | $ 1,114.74 | $ 4,568.44 |
| 20122 | $ 353.95 | 10/22/2001 | 4/18/2005 | 1274 | 9% | $ 111.19 | $ 465.14 |
| 20716 | $ 182.54 | 10/26/2001 | 4/18/2005 | 1270 | 9% | $ 57.16 | $ 239.70 |
| 21416 | $ 300.00 | 11/21/2001 | 4/18/2005 | 1244 | 9% | $ 92.02 | $ 392.02 |
| 23189 | $ 678.10 | 4/26/2002 | 4/18/2005 | 1088 | 9% | $ 181.92 | $ 860.02 |
| 23529 | $ 233.86 | 5/31/2002 | 4/18/2005 | 1053 | 9% | $ 60.72 | $ 294.58 |
| 24163 | $ 757.20 | 8/23/2002 | 4/18/2005 | 969 | 9% | $ 180.92 | $ 938.12 |
| 25323 | $ 118.34 | 8/19/2002 | 4/18/2005 | 973 | 9% | $ 28.39 | $ 146.73 |
| 25845 | $ 2,156.77 | 9/12/2002 | 4/18/2005 | 949 | 9% | $ 504.68 | $ 2,661.45 |
| 26422 | $ 185.38 | 9/9/2002 | 4/18/2005 | 952 | 9% | $ 43.52 | $ 228.90 |
| 26873 | $ 2,105.71 | 10/21/2002 | 4/18/2005 | 910 | 9% | $ 472.49 | $ 2,578.20 |
| 27559 | $ 1,464.70 | 11/17/2002 | 4/18/2005 | 883 | 9% | $ 322.51 | $ 1,787.21 |
| 28142 | $ 2,710.30 | 11/15/2002 | 4/18/2005 | 885 | 9% | $ 591.44 | $ 3,301.74 |
| 28876 | $ 26.04 | 12/30/2002 | 4/18/2005 | 840 | 9% | $ 5.39 | $ 31.43 |
| 29548 | $ 122.25 | 2/5/2003 | 4/18/2005 | 803 | 9% | $ 24.21 | $ 146.46 |
| 30974 | $ 300.10 | 5/15/2003 | 4/18/2005 | 704 | 9% | $ 52.09 | $ 352.19 |
| 18224 | $ 1,300.00 | 8/27/2001 | 4/18/2005 | 1330 | 9% | $ 426.33 | $ 1,726.33 |
| 18869 | $ 667.20 | 9/12/2001 | 4/18/2005 | 1314 | 9% | $ 216.17 | $ 883.37 |
| 19794 | $ 4,296.75 | 9/17/2001 | 4/18/2005 | 1309 | 9% | $ 1,386.85 | $ 5,683.60 |
| 20123 | $ 196.00 | 10/22/2001 | 4/18/2005 | 1274 | 9% | $ 61.57 | $ 257.57 |
| 21416 | $ 300.00 | 11/26/2001 | 4/18/2005 | 1239 | 9% | $ 91.65 | $ 391.65 |
| 23190 | $ 1,058.54 | 4/26/2002 | 4/18/2005 | 1088 | 9% | $ 283.98 | $ 1,342.52 |
| 23530 | $ 85.95 | 5/31/2002 | 4/18/2005 | 1053 | 9% | $ 22.32 | $ 108.27 |
| 24164 | $ 1,066.05 | 8/23/2002 | 4/18/2005 | 969 | 9% | $ 254.71 | $ 1,320.76 |
| 24707 | $ 322.11 | 8/23/2002 | 4/18/2005 | 969 | 9% | $ 76.96 | $ 399.07 |
| 26423 | $ 110.81 | 9/9/2002 | 4/18/2005 | 952 | 9% | $ 26.01 | $ 136.82 |
| 27560 | $ 730.90 | 11/17/2002 | 4/18/2005 | 883 | 9% | $ 160.94 | $ 891.84 |
| 28143 | $ 322.00 | 11/15/2002 | 4/18/2005 | 885 | 9% | $ 70.27 | $ 392.27 |
| 18225 | $ 1,300.00 | 8/27/2001 | 4/18/2005 | 1330 | 9% | $ 426.33 | $ 1,726.33 |

Stryker-TIG 006659
Confidential Information
Pursuant to Protective Order

Pfizer v. Stryker -- 02 Civ. 8613 (LAK)

| ID | $ | Date | Date | Number | % | $ | $ |
|---|---|---|---|---|---|---|---|
| 18870 | 663.90 | 9/12/2001 | 4/18/2005 | 1314 | 9% | 215.10 | 879.00 |
| 19795 | 5,954.60 | 9/17/2001 | 4/18/2005 | 1309 | 9% | 1,921.96 | 7,876.55 |
| 20124 | 423.65 | 10/22/2001 | 4/18/2005 | 1274 | 9% | 133.08 | 556.73 |
| 20717 | 335.55 | 10/26/2001 | 4/18/2005 | 1270 | 9% | 105.08 | 440.63 |
| 21417 | 674.00 | 11/21/2001 | 4/18/2005 | 1244 | 9% | 206.74 | 880.74 |
| 23191 | 887.13 | 4/26/2002 | 4/18/2005 | 1088 | 9% | 237.99 | 1,125.12 |
| 23531 | 156.11 | 5/31/2002 | 4/18/2005 | 1053 | 9% | 40.83 | 196.94 |
| 24165 | 1,005.75 | 8/23/2002 | 4/18/2005 | 989 | 9% | 240.31 | 1,246.06 |
| 24708 | 253.11 | 8/23/2002 | 4/18/2005 | 989 | 9% | 60.48 | 313.59 |
| 26424 | 605.84 | 9/9/2002 | 4/18/2005 | 952 | 9% | 142.21 | 748.05 |
| 26874 | 114.75 | 10/21/2002 | 4/18/2005 | 910 | 9% | 25.75 | 140.50 |
| 27561 | 528.00 | 11/7/2002 | 4/18/2005 | 893 | 9% | 116.26 | 644.26 |
| 28144 | 133.50 | 11/15/2002 | 4/18/2005 | 885 | 9% | 29.13 | 162.63 |
| 18871 | 2,053.60 | 10/18/2001 | 4/18/2005 | 1278 | 9% | 660.29 | 2,713.89 |
| 19796 | 3,947.33 | 10/22/2002 | 4/18/2005 | 1274 | 9% | 1,240.00 | 5,187.33 |
| 20125 | 4,098.65 | 10/22/2001 | 4/18/2005 | 1274 | 9% | 1,287.54 | 5,386.19 |
| 20718 | 1,650.00 | 10/26/2001 | 4/18/2005 | 1270 | 9% | 516.70 | 2,166.70 |
| 21418 | 374.00 | 11/21/2001 | 4/18/2005 | 1244 | 9% | 114.72 | 488.72 |
| 23192 | 1,203.09 | 4/26/2002 | 4/18/2005 | 1088 | 9% | 322.76 | 1,525.85 |
| 23632 | 1,108.03 | 5/31/2002 | 4/18/2005 | 1063 | 9% | 287.69 | 1,395.72 |
| 24166 | 90.90 | 8/23/2002 | 4/18/2005 | 989 | 9% | 21.72 | 112.62 |
| 24709 | 113.40 | 8/23/2002 | 4/18/2005 | 989 | 9% | 27.09 | 140.49 |
| 25324 | 2,976.85 | 8/19/2002 | 4/18/2005 | 973 | 9% | 714.20 | 3,691.05 |
| 25846 | 798.92 | 9/12/2002 | 4/18/2005 | 949 | 9% | 186.95 | 985.87 |
| 26425 | 2,169.07 | 9/9/2002 | 4/18/2005 | 962 | 9% | 509.17 | 2,678.24 |
| 26875 | 13,719.95 | 10/21/2002 | 4/18/2005 | 910 | 9% | 3,078.53 | 16,798.48 |
| 27562 | 7,779.94 | 11/7/2002 | 4/18/2005 | 893 | 9% | 1,713.08 | 9,493.02 |
| 28145 | 3,376.61 | 11/15/2002 | 4/18/2005 | 885 | 9% | 736.84 | 4,113.45 |
| 28877 | 422.23 | 12/30/2002 | 4/18/2005 | 840 | 9% | 87.45 | 509.68 |
| 29649 | 481.25 | 2/5/2003 | 4/18/2005 | 803 | 9% | 95.29 | 576.54 |
| 22070 | 415.00 | 1/2/2002 | 4/18/2005 | 1202 | 9% | 123.00 | 538.00 |
| 24184 | 186.15 | 8/23/2002 | 4/18/2005 | 989 | 9% | 44.48 | 230.63 |
| 25342 | 28.10 | 8/23/2002 | 4/18/2005 | 989 | 9% | 6.71 | 34.81 |
| 24725 | 1,625.20 | 9/3/2002 | 4/18/2005 | 958 | 9% | 383.90 | 2,009.10 |
| 25854 | 2,370.80 | 9/12/2002 | 4/18/2005 | 949 | 9% | 554.77 | 2,925.57 |
| 20688 | 130.88 | 10/21/2002 | 4/18/2005 | 910 | 9% | 29.37 | 160.25 |
| 28162 | 287.50 | 11/15/2002 | 4/18/2005 | 885 | 9% | 62.74 | 350.24 |
| 30983 | 3.20 | 5/15/2003 | 4/18/2005 | 704 | 9% | 0.56 | 3.76 |
| 34017 | 137.70 | 7/24/2003 | 4/18/2005 | 634 | 9% | 21.53 | 159.23 |

Stryker-TIG 006660
Confidential Information
Pursuant to Protective Order

Pfizer v. Stryker -- 02 Civ. 8613 (LAK)

| ID | | Amount | Date | | Number | | | Interest | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 34690 | $ | 72.00 | 12/22/2003 | 4/18/2005 | 483 | 9% | $ | 8.57 | $ | | 80.57 |
| 36385 | $ | 3.00 | 11/22/2003 | 4/18/2005 | 513 | 9% | $ | 0.38 | $ | | 3.38 |
| 24726 | $ | 1,651.90 | 9/30/2002 | 4/18/2005 | 931 | 9% | $ | 379.21 | $ | | 2,031.11 |
| 25343 | $ | 1,543.15 | 8/23/2002 | 4/18/2005 | 969 | 9% | $ | 368.71 | $ | | 1,911.86 |
| 26428 | $ | 13.28 | 9/9/2002 | 4/18/2005 | 952 | 9% | $ | 3.12 | $ | | 16.40 |
| 28163 | $ | 18.81 | 11/15/2002 | 4/18/2005 | 885 | 9% | $ | 4.10 | $ | | 22.91 |
| 34018 | $ | 16.00 | 7/24/2003 | 4/18/2005 | 634 | 9% | $ | 2.50 | $ | | 18.50 |
| 23210 | $ | 317.88 | 5/6/2002 | 4/18/2005 | 1078 | 9% | $ | 84.50 | $ | | 402.38 |
| 23351 | $ | 174.26 | 5/31/2002 | 4/18/2005 | 1053 | 9% | $ | 45.26 | $ | | 219.51 |
| 24185 | $ | 559.95 | 8/23/2002 | 4/18/2005 | 969 | 9% | $ | 133.79 | $ | | 693.74 |
| 24727 | $ | 580.00 | 9/3/2002 | 4/18/2005 | 968 | 9% | $ | 137.01 | $ | | 717.01 |
| 26429 | $ | 495.00 | 9/9/2002 | 4/18/2005 | 952 | 9% | $ | 116.20 | $ | | 611.20 |
| 26888 | $ | 209.53 | 10/21/2002 | 4/18/2005 | 910 | 9% | $ | 47.02 | $ | | 256.55 |
| 27579 | $ | 108.00 | 1/17/2002 | 4/18/2005 | 893 | 9% | $ | 23.78 | $ | | 131.78 |
| 28164 | $ | 228.93 | 11/15/2002 | 4/18/2005 | 885 | 9% | $ | 49.96 | $ | | 278.89 |
| 28886 | $ | 43.27 | 12/30/2002 | 4/18/2005 | 840 | 9% | $ | 8.96 | $ | | 52.23 |
| 29559 | $ | 99.95 | 2/5/2003 | 4/18/2005 | 803 | 9% | $ | 19.79 | $ | | 119.74 |
| 30140 | $ | 50.00 | 3/24/2003 | 4/18/2005 | 766 | 9% | $ | 9.32 | $ | | 59.32 |
| 24186 | $ | 253.10 | 9/3/2002 | 4/18/2005 | 962 | 9% | $ | 59.79 | $ | | 312.89 |
| 24728 | $ | 1,015.10 | 9/3/2002 | 4/18/2005 | 958 | 9% | $ | 239.79 | $ | | 1,254.89 |
| 25344 | $ | 810.20 | 9/9/2002 | 4/18/2005 | 958 | 9% | $ | 191.38 | $ | | 1,001.58 |
| 26430 | $ | 947.65 | 9/9/2002 | 4/18/2005 | 952 | 9% | $ | 222.45 | $ | | 1,170.10 |
| 28165 | $ | 57.23 | 11/15/2002 | 4/18/2005 | 886 | 9% | $ | 12.49 | $ | | 69.72 |
| 23562 | $ | 6.90 | 6/17/2002 | 4/18/2005 | 1036 | 9% | $ | 1.76 | $ | | 8.66 |
| 24729 | $ | 18.70 | 9/3/2002 | 4/18/2005 | 958 | 9% | $ | 4.42 | $ | | 23.12 |
| 25345 | $ | 42.10 | 9/3/2002 | 4/18/2005 | 958 | 9% | $ | 9.94 | $ | | 52.04 |
| 26431 | $ | 264.85 | 9/9/2002 | 4/18/2005 | 962 | 9% | $ | 62.17 | $ | | 327.02 |
| 26890 | $ | 1,262.10 | 10/21/2002 | 4/18/2005 | 910 | 9% | $ | 283.19 | $ | | 1,545.29 |
| 28166 | $ | 106.00 | 11/15/2002 | 4/18/2005 | 885 | 9% | $ | 23.13 | $ | | 129.13 |
| 24730 | $ | 1,545.70 | 9/16/2002 | 4/18/2005 | 945 | 9% | $ | 360.17 | $ | | 1,905.87 |
| 25346 | $ | 20.00 | 9/3/2002 | 4/18/2005 | 968 | 9% | $ | 4.72 | $ | | 24.72 |
| 26432 | $ | 672.05 | 9/9/2002 | 4/18/2005 | 952 | 9% | $ | 157.76 | $ | | 829.81 |
| 26891 | $ | 114.75 | 10/21/2002 | 4/18/2005 | 910 | 9% | $ | 25.75 | $ | | 140.50 |
| 28167 | $ | 155.50 | 11/15/2002 | 4/18/2005 | 885 | 9% | $ | 33.93 | $ | | 189.43 |
| 35346 | $ | 44.35 | 10/3/2002 | 4/18/2005 | 928 | 9% | $ | 10.15 | $ | | 54.50 |
| 24731 | $ | 1,221.65 | 9/3/2002 | 4/18/2005 | 885 | 9% | $ | 288.58 | $ | | 1,510.23 |
| 25347 | $ | 893.30 | 9/3/2002 | 4/18/2005 | 968 | 9% | $ | 211.01 | $ | | 1,104.31 |
| 26433 | $ | 1,488.00 | 9/9/2002 | 4/18/2005 | 952 | 9% | $ | 349.29 | $ | | 1,837.29 |
| 26892 | $ | 321.20 | 10/21/2002 | 4/18/2005 | 910 | 9% | $ | 72.07 | $ | | 393.27 |

Stryker-TIG 006661
Confidential Information
Pursuant to Protective Order

**Pfizer v. Stryker – 02 Civ. 8613 (LAK)**

| ID | Amount | Date | Date | No. | Rate | Interest | Total |
|---|---|---|---|---|---|---|---|
| 28168 | $ 364.50 | 11/15/2002 | 4/18/2005 | 885 | 9% | $ 79.54 | 444.04 |
| 28732 | $ 25.55 | 9/12/2002 | 4/18/2005 | 949 | 9% | $ 5.98 | 31.53 |
| 26434 | $ 655.80 | 9/9/2002 | 4/18/2005 | 952 | 9% | $ 153.94 | 809.74 |
| 26693 | $ 446.64 | 10/21/2002 | 4/18/2005 | 910 | 9% | $ 100.22 | 546.86 |
| 28169 | $ 536.00 | 11/15/2002 | 4/18/2005 | 886 | 9% | $ 116.97 | 652.97 |
| 24733 | $ 1,183.32 | 9/12/2002 | 4/18/2005 | 949 | 9% | $ 276.90 | 1,460.22 |
| 25348 | $ 303.89 | 9/12/2002 | 4/18/2005 | 949 | 9% | $ 71.11 | 375.00 |
| 26894 | $ 1,117.50 | 10/21/2002 | 4/18/2005 | 910 | 9% | $ 250.75 | 1,368.25 |
| 28170 | $ 205.00 | 10/15/2002 | 4/18/2005 | 916 | 9% | $ 46.30 | 251.30 |
| 24734 | $ 888.03 | 9/3/2002 | 4/18/2005 | 968 | 9% | $ 209.77 | 1,097.80 |
| 25649 | $ 1,662.70 | 9/3/2002 | 4/18/2005 | 968 | 9% | $ 392.76 | 2,055.46 |
| 258B5 | $ 1,361.27 | 9/12/2002 | 4/18/2005 | 949 | 9% | $ 318.54 | 1,679.81 |
| 26435 | $ 664.66 | 9/8/2002 | 4/18/2005 | 952 | 9% | $ 156.02 | 820.67 |
| 26895 | $ 117.42 | 10/21/2002 | 4/18/2005 | 910 | 9% | $ 26.35 | 143.77 |
| 27580 | $ 18.00 | 11/7/2002 | 4/18/2005 | 893 | 9% | $ 3.96 | 21.96 |
| 28171 | $ 198.10 | 11/15/2002 | 4/18/2005 | 886 | 9% | $ 43.21 | 241.21 |
| 24735 | $ 1,061.82 | 11/15/2002 | 4/18/2005 | 958 | 9% | $ 250.82 | 1,312.64 |
| 25350 | $ 20.00 | 9/3/2002 | 4/18/2005 | 958 | 9% | $ 4.72 | 24.72 |
| 26436 | $ 72.00 | 9/3/2002 | 4/18/2005 | 952 | 9% | $ 16.90 | 88.80 |
| 28172 | $ 296.00 | 11/15/2002 | 4/18/2005 | 952 | 9% | $ 64.59 | 360.59 |
| 23559 | $ 491.09 | 8/23/2002 | 4/18/2005 | 885 | 9% | $ 127.87 | 618.96 |
| 24187 | $ 1,497.16 | 5/28/2002 | 4/18/2005 | 1056 | 9% | $ 357.72 | 1,854.90 |
| 24736 | $ 813.28 | 8/23/2002 | 4/18/2005 | 969 | 9% | $ 192.11 | 1,005.39 |
| 25866 | $ 914.90 | 9/3/2002 | 4/18/2005 | 958 | 9% | $ 214.09 | 1,128.99 |
| 26437 | $ 419.30 | 9/9/2002 | 4/18/2005 | 949 | 9% | $ 98.43 | 517.73 |
| 26896 | $ 25.00 | 10/21/2002 | 4/18/2005 | 952 | 9% | $ 5.61 | 30.61 |
| 28173 | $ 54.00 | 11/15/2002 | 4/18/2005 | 910 | 9% | $ 11.76 | 65.78 |
| 24188 | $ 375.40 | 11/15/2002 | 4/18/2005 | 886 | 9% | $ 87.47 | 462.87 |
| 24737 | $ 2,007.53 | 9/16/2002 | 4/18/2005 | 945 | 9% | $ 474.22 | 2,481.75 |
| 25351 | $ 1,025.87 | 9/3/2002 | 4/18/2005 | 968 | 9% | $ 242.33 | 1,268.20 |
| 26897 | $ 1,113.00 | 9/9/2002 | 4/18/2005 | 982 | 9% | $ 261.27 | 1,374.27 |
| 28174 | $ 117.43 | 10/21/2002 | 4/18/2005 | 910 | 9% | $ 26.35 | 143.78 |
| 24189 | $ 201.00 | 11/15/2002 | 4/18/2005 | 885 | 9% | $ 43.86 | 244.86 |
| 24738 | $ 264.30 | 9/30/2002 | 4/18/2005 | 968 | 9% | $ 60.57 | 324.87 |
| 23562 | $ 1,753.80 | 9/3/2002 | 4/18/2005 | 958 | 9% | $ 414.28 | 2,168.08 |
| 26439 | $ 355.88 | 9/9/2002 | 4/18/2005 | 952 | 9% | $ 84.07 | 439.95 |
| 28175 | $ 1,402.26 | 11/15/2002 | 4/18/2005 | 885 | 9% | $ 329.17 | 1,731.43 |
| 24190 | $ 18.00 | 11/15/2002 | 4/18/2005 | 885 | 9% | $ 3.93 | 21.93 |
|  | $ 330.37 | 9/16/2002 | 4/18/2005 | 945 | 9% | $ 76.98 | 407.36 |

Stryker-TIG 006662
Confidential Information
Pursuant to Protective Order

Pfizer v. Stryker -- 02 Civ. 8613 (LAK)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 24739 | $ 891.12 | 9/3/2002 | 4/18/2005 | 968 | 9% | $ 210.50 | 1,101.62 |
| 25383 | $ 1,059.18 | 9/3/2002 | 4/18/2005 | 958 | 9% | $ 250.20 | 1,309.38 |
| 26440 | $ 259.23 | 9/9/2002 | 4/18/2005 | 952 | 9% | $ 60.85 | 320.08 |
| 28176 | $ 194.00 | 11/18/2002 | 4/18/2005 | 885 | 9% | $ 42.33 | 236.33 |
| 32335 | $ 5.25 | 7/24/2003 | 4/18/2005 | 834 | 9% | $ 0.82 | 6.07 |
| 24740 | $ 1,519.15 | 9/3/2002 | 4/18/2005 | 958 | 9% | $ 358.85 | 1,878.00 |
| 26441 | $ 2,061.00 | 9/9/2002 | 4/18/2005 | 952 | 9% | $ 483.80 | 2,544.80 |
| 26898 | $ 102.50 | 10/21/2002 | 4/18/2005 | 910 | 9% | $ 23.00 | 125.50 |
| 28177 | $ 61.00 | 11/18/2002 | 4/18/2005 | 885 | 9% | $ 11.13 | 72.13 |
| 23561 | $ 531.37 | 5/31/2002 | 4/18/2005 | 1053 | 9% | $ 137.97 | 669.34 |
| 24191 | $ 1,105.40 | 8/23/2002 | 4/18/2005 | 969 | 9% | $ 264.11 | 1,369.51 |
| 24741 | $ 147.86 | 9/3/2002 | 4/18/2005 | 958 | 9% | $ 34.93 | 182.79 |
| 25354 | $ 180.00 | 9/3/2002 | 4/18/2005 | 958 | 9% | $ 42.52 | 222.52 |
| 25857 | $ 1,482.00 | 9/12/2002 | 4/18/2005 | 949 | 9% | $ 346.79 | 1,828.79 |
| 26442 | $ 37.21 | 9/19/2002 | 4/18/2005 | 942 | 9% | $ 8.64 | 45.85 |
| 28178 | $ 116.00 | 11/15/2002 | 4/18/2005 | 885 | 9% | $ 25.31 | 141.31 |
| 28887 | $ 176.00 | 12/30/2002 | 4/18/2005 | 840 | 9% | $ 36.45 | 212.45 |
| 31503 | $ 0.30 | 12/30/2002 | 4/18/2005 | 685 | 9% | $ 0.05 | 0.35 |
| 24742 | $ 1,361.85 | 9/12/2002 | 4/18/2005 | 949 | 9% | $ 318.67 | 1,680.52 |
| 25355 | $ 747.99 | 9/12/2002 | 4/18/2005 | 949 | 9% | $ 175.03 | 923.02 |
| 28179 | $ 106.00 | 11/15/2002 | 4/18/2005 | 885 | 9% | $ 23.13 | 129.13 |
| 26443 | $ 108.00 | 9/9/2002 | 4/18/2005 | 952 | 9% | $ 25.35 | 133.35 |
| 26899 | $ 980.00 | 10/21/2002 | 4/18/2005 | 910 | 9% | $ 219.90 | 1,199.90 |
| 24743 | $ 1,099.27 | 9/12/2002 | 4/18/2005 | 949 | 9% | $ 287.23 | 1,386.50 |
| 26444 | $ 60.00 | 9/12/2002 | 4/18/2005 | 949 | 9% | $ 14.08 | 74.08 |
| 28180 | $ 326.00 | 9/9/2002 | 4/18/2005 | 962 | 9% | $ 71.14 | 397.14 |
| 30984 | $ 0.10 | 6/15/2003 | 4/18/2005 | 704 | 9% | $ 0.02 | 0.12 |
| 24744 | $ 19.60 | 9/12/2002 | 4/18/2005 | 949 | 9% | $ 4.59 | 24.19 |
| 25356 | $ 1,112.27 | 9/12/2002 | 4/18/2005 | 949 | 9% | $ 260.27 | 1,372.54 |
| 25858 | $ 1,308.00 | 9/12/2002 | 4/18/2005 | 949 | 9% | $ 306.07 | 1,614.07 |
| 26900 | $ 227.64 | 10/21/2002 | 4/18/2005 | 910 | 9% | $ 51.08 | 278.72 |
| 27581 | $ 54.00 | 11/17/2002 | 4/18/2005 | 893 | 9% | $ 11.89 | 65.89 |
| 28181 | $ 635.00 | 11/15/2002 | 4/18/2005 | 885 | 9% | $ 138.57 | 773.57 |
| 24192 | $ 302.31 | 9/3/2002 | 4/18/2005 | 958 | 9% | $ 71.41 | 373.72 |
| 24745 | $ 1,872.30 | 9/3/2002 | 4/18/2005 | 958 | 9% | $ 442.27 | 2,314.57 |
| 25357 | $ 179.67 | 9/3/2002 | 4/18/2005 | 958 | 9% | $ 42.44 | 222.11 |
| 26445 | $ 2.86 | 9/9/2002 | 4/18/2005 | 952 | 9% | $ 0.67 | 3.53 |
| 26901 | $ 89.40 | 10/21/2002 | 4/18/2005 | 910 | 9% | $ 20.06 | 109.46 |
| 28182 | $ 116.90 | 11/15/2002 | 4/18/2005 | 885 | 9% | $ 25.51 | 142.41 |

Stryker-TIG 006663
Confidential Information
Pursuant to Protective Order

Pfizer v. Stryker -- 02 Civ. 8613 (LAK)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 34019 | $ 8.00 | 7/24/2003 | 4/18/2005 | 634 | 9% | $ 1.25 | $ 9.25 |
| 48675 | $ 33.60 | 12/21/2004 | 4/18/2005 | 118 | 9% | $ 0.98 | $ 34.58 |
| 24193 | $ 280.94 | 9/12/2002 | 4/18/2005 | 949 | 9% | $ 65.74 | $ 346.68 |
| 24746 | $ 1,489.93 | 9/3/2002 | 4/18/2005 | 958 | 9% | $ 351.95 | $ 1,841.88 |
| 25358 | $ 437.01 | 9/3/2002 | 4/18/2005 | 958 | 9% | $ 103.23 | $ 540.24 |
| 26446 | $ 473.10 | 9/8/2002 | 4/18/2005 | 952 | 9% | $ 111.06 | $ 584.16 |
| 27582 | $ 204.00 | 11/7/2002 | 4/18/2005 | 893 | 9% | $ 44.92 | $ 248.92 |
| 28183 | $ 3,673.71 | 11/15/2002 | 4/18/2005 | 885 | 9% | $ 801.67 | $ 4,475.38 |
| 28888 | $ 1,243.28 | 12/30/2002 | 4/18/2005 | 840 | 9% | $ 257.51 | $ 1,500.79 |
| 23564 | $ 8.00 | 9/12/2002 | 4/18/2005 | 949 | 9% | $ 1.87 | $ 9.87 |
| 24747 | $ 60.00 | 9/12/2002 | 4/18/2005 | 949 | 9% | $ 14.04 | $ 74.04 |
| 25359 | $ 1,629.40 | 9/12/2002 | 4/18/2005 | 949 | 9% | $ 381.28 | $ 2,010.68 |
| 26447 | $ 392.93 | 9/9/2002 | 4/18/2005 | 952 | 9% | $ 92.24 | $ 485.17 |
| 28184 | $ 18.00 | 11/15/2002 | 4/18/2005 | 885 | 9% | $ 3.93 | $ 21.93 |
| 36386 | $ 8.00 | 11/22/2003 | 4/18/2005 | 513 | 9% | $ 1.01 | $ 9.01 |
| 24194 | $ 113.15 | 8/23/2002 | 4/18/2005 | 969 | 9% | $ 27.04 | $ 140.19 |
| 24748 | $ 139.60 | 9/3/2002 | 4/18/2005 | 968 | 9% | $ 32.98 | $ 172.58 |
| 25360 | $ 1,388.82 | 8/19/2002 | 4/18/2005 | 973 | 9% | $ 333.20 | $ 1,722.02 |
| 26448 | $ 202.23 | 9/9/2002 | 4/18/2005 | 952 | 9% | $ 47.47 | $ 249.70 |
| 26902 | $ 87.75 | 10/21/2002 | 4/18/2005 | 910 | 9% | $ 19.69 | $ 107.44 |
| 27683 | $ 40.00 | 11/7/2002 | 4/18/2005 | 893 | 9% | $ 8.81 | $ 48.81 |
| 28185 | $ 18.00 | 11/15/2002 | 4/18/2005 | 885 | 9% | $ 3.93 | $ 21.93 |
| 29660 | $ 0.70 | 2/5/2003 | 4/18/2005 | 803 | 9% | $ 0.14 | $ 0.84 |
| 34020 | $ 32.00 | 7/24/2003 | 4/18/2005 | 634 | 9% | $ 5.00 | $ 37.00 |
| 24196 | $ 343.20 | 8/23/2003 | 4/18/2005 | 969 | 9% | $ 82.00 | $ 425.20 |
| 24749 | $ 452.04 | 9/3/2002 | 4/18/2005 | 958 | 9% | $ 106.78 | $ 558.82 |
| 25361 | $ 2,304.45 | 9/3/2002 | 4/18/2005 | 958 | 9% | $ 544.36 | $ 2,848.81 |
| 25859 | $ 1,098.82 | 9/12/2002 | 4/18/2005 | 949 | 9% | $ 257.12 | $ 1,355.94 |
| 26903 | $ 4,188.30 | 10/21/2002 | 4/18/2005 | 910 | 9% | $ 939.79 | $ 5,128.09 |
| 27584 | $ 674.50 | 11/7/2002 | 4/18/2005 | 883 | 9% | $ 148.52 | $ 823.02 |
| 28186 | $ 229.94 | 11/7/2002 | 4/18/2005 | 885 | 9% | $ 50.18 | $ 280.12 |
| 30985 | $ 300.40 | 5/15/2003 | 4/18/2005 | 704 | 9% | $ 62.15 | $ 362.55 |
| 31504 | $ 0.30 | 6/3/2003 | 4/18/2005 | 685 | 9% | $ 0.05 | $ 0.35 |
| SUBTOTAL | $ 176,491.69 | | | | | $ 43,857.06 | $ 220,348.75 |

Stryker-TIG 006664
Confidential Information
Pursuant to Protective Order

Pfizer v. Stryker – 02 Civ. 8613 (LAK)

## Subtable 6   Galzerano Individual (GDLD)

| Invoice Number | Invoice Amount | Date Paid | Interest Through | Total Days | Interest Rate | Interest Due | Total Expenses Plus Interest |
|---|---|---|---|---|---|---|---|
| 23568 | $ 300.15 | 8/23/2002 | 4/18/2005 | 969 | 9% | $ 71.72 | $ 371.87 |
| 24197 | $ 625.80 | 8/23/2002 | 4/18/2005 | 969 | 9% | $ 149.52 | $ 775.32 |
| 24751 | $ 1,169.38 | 9/3/2002 | 4/18/2005 | 958 | 9% | $ 276.23 | $ 1,445.61 |
| 25363 | $ 3,068.49 | 8/5/2002 | 4/18/2005 | 987 | 9% | $ 746.78 | $ 3,815.27 |
| 25860 | $ 3,739.38 | 9/12/2002 | 4/18/2005 | 949 | 9% | $ 875.01 | $ 4,614.39 |
| 26449 | $ 1,552.01 | 9/9/2002 | 4/18/2005 | 952 | 9% | $ 364.32 | $ 1,916.33 |
| 26905 | $ 1,590.98 | 10/24/2002 | 4/18/2005 | 910 | 9% | $ 356.99 | $ 1,947.97 |
| 27566 | $ 4,474.10 | 11/7/2002 | 4/18/2005 | 893 | 9% | $ 985.16 | $ 5,459.26 |
| 28187 | $ 1,260.90 | 11/15/2002 | 4/18/2005 | 885 | 9% | $ 272.97 | $ 1,523.87 |
| 28889 | $ 2,258.21 | 12/30/2002 | 4/18/2005 | 840 | 9% | $ 467.73 | $ 2,725.94 |
| 29661 | $ 5,060.55 | 2/5/2003 | 4/18/2005 | 803 | 9% | $ 1,001.99 | $ 6,062.54 |
| 30141 | $ 3,166.38 | 3/24/2003 | 4/18/2005 | 756 | 9% | $ 590.25 | $ 3,756.63 |
| 30986 | $ 5,935.18 | 5/15/2003 | 4/18/2005 | 704 | 9% | $ 1,030.28 | $ 6,965.46 |
| 31505 | $ 18,470.95 | 6/3/2003 | 4/18/2005 | 685 | 9% | $ 3,119.82 | $ 21,590.77 |
| 33336 | $ 66,233.06 | 7/24/2003 | 4/18/2005 | 634 | 9% | $ 10,354.13 | $ 76,587.19 |
| 33149 | $ 99,904.66 | 7/4/2003 | 4/18/2005 | 654 | 9% | $ 16,110.64 | $ 116,015.20 |
| 34021 | $ 32,476.33 | 7/24/2003 | 4/18/2005 | 634 | 9% | $ 5,076.98 | $ 37,553.31 |
| 34991 | $ 7,296.78 | 12/22/2003 | 4/18/2005 | 483 | 9% | $ 869.02 | $ 8,165.80 |
| 35347 | $ 6,729.92 | 10/3/2003 | 4/18/2005 | 563 | 9% | $ 934.26 | $ 7,664.18 |
| 38387 | $ 2,814.47 | 11/22/2003 | 4/18/2005 | 513 | 9% | $ 356.01 | $ 3,170.48 |
| 37199 | $ 6,431.27 | 12/22/2003 | 4/18/2005 | 483 | 9% | $ 766.94 | $ 7,197.21 |
| 37742 | $ 168,776.41 | 12/22/2003 | 4/18/2005 | 483 | 9% | $ 20,100.46 | $ 188,876.87 |
| 38569 | $ 101,038.49 | 6/11/2004 | 4/18/2005 | 321 | 9% | $ 7,997.27 | $ 109,035.76 |
| 39747 | $ 17,358.62 | 4/22/2004 | 4/18/2005 | 361 | 9% | $ 1,545.15 | $ 18,903.77 |
| 40390 | $ 1,969.99 | 8/13/2004 | 4/18/2005 | 248 | 9% | $ 120.47 | $ 2,090.46 |
| 41395 | $ 3,699.81 | 8/13/2004 | 4/18/2005 | 248 | 9% | $ 226.25 | $ 3,926.06 |
| 42711 | $ 40.00 | 8/13/2004 | 4/18/2005 | 248 | 9% | $ 2.46 | $ 42.45 |
| 20128 | $ 532.75 | 10/22/2002 | 4/18/2005 | 909 | 9% | $ 119.41 | $ 652.16 |
| 23194 | $ 45.00 | 5/6/2002 | 4/18/2005 | 1078 | 9% | $ 11.96 | $ 56.96 |
| 24166 | $ 312.26 | 8/23/2002 | 4/18/2005 | 969 | 9% | $ 74.61 | $ 386.87 |
| 24710 | $ 461.76 | 8/23/2002 | 4/18/2005 | 969 | 9% | $ 110.33 | $ 572.09 |

Stryker-TIG 006665
Confidential Information
Pursuant to Protective Order

**Pfizer v. Stryker – 02 Civ. 8613 (LAK)**

| ID | Amount | Date 1 | Date 2 | Days | Rate | Interest | Total |
|---|---|---|---|---|---|---|---|
| 25326 | $ 46.55 | 8/19/2002 | 4/18/2005 | 973 | 9% | $ 11.17 | 57.72 |
| 25847 | $ 144.40 | 9/17/2002 | 4/18/2005 | 949 | 9% | $ 33.79 | 178.19 |
| 26877 | $ 166.30 | 10/21/2002 | 4/18/2005 | 910 | 9% | $ 37.31 | 203.61 |
| 27664 | $ 656.99 | 11/17/2002 | 4/18/2005 | 893 | 9% | $ 144.66 | 801.65 |
| 28147 | $ 480.00 | 11/15/2002 | 4/18/2005 | 885 | 9% | $ 104.75 | 684.75 |
| 28879 | $ 344.00 | 12/30/2002 | 4/18/2005 | 840 | 9% | $ 71.25 | 415.25 |
| 29551 | $ 92.60 | 2/5/2003 | 4/18/2005 | 803 | 9% | $ 18.33 | 110.93 |
| 30135 | $ 465.06 | 3/24/2003 | 4/18/2005 | 756 | 9% | $ 86.69 | 551.75 |
| 30976 | $ 861.20 | 5/15/2003 | 4/18/2005 | 704 | 9% | $ 149.49 | 1,010.69 |
| 31498 | $ 2,258.00 | 6/3/2003 | 4/18/2005 | 685 | 9% | $ 381.39 | 2,639.39 |
| 32328 | $ 3,478.80 | 7/24/2003 | 4/18/2005 | 634 | 9% | $ 543.84 | 4,022.64 |
| 33147 | $ 1,712.20 | 7/4/2003 | 4/18/2005 | 654 | 9% | $ 276.11 | 1,988.31 |
| 34014 | $ 119.23 | 7/24/2003 | 4/18/2005 | 634 | 9% | $ 18.64 | 137.87 |
| 23669 | $ 300.00 | 9/12/2002 | 4/18/2005 | 949 | 9% | $ 70.20 | 370.20 |
| 24198 | $ 442.02 | 9/16/2002 | 4/18/2005 | 945 | 9% | $ 103.00 | 545.02 |
| 24762 | $ 283.15 | 9/12/2002 | 4/18/2005 | 949 | 9% | $ 66.26 | 349.41 |
| 25364 | $ 68.31 | 9/12/2002 | 4/18/2005 | 949 | 9% | $ 15.98 | 84.29 |
| 25661 | $ 917.05 | 9/12/2002 | 4/18/2005 | 949 | 9% | $ 214.59 | 1,131.64 |
| 26906 | $ 40.00 | 10/21/2002 | 4/18/2005 | 910 | 9% | $ 8.98 | 48.98 |
| 27587 | $ 120.00 | 11/7/2002 | 4/18/2005 | 893 | 9% | $ 26.42 | 146.42 |
| 28890 | $ 284.00 | 12/30/2002 | 4/18/2005 | 840 | 9% | $ 58.82 | 342.82 |
| 29662 | $ 91.50 | 2/5/2003 | 4/18/2005 | 803 | 9% | $ 18.12 | 109.62 |
| 30142 | $ 112.62 | 3/24/2003 | 4/18/2005 | 756 | 9% | $ 20.99 | 133.61 |
| 30987 | $ 947.01 | 5/15/2003 | 4/18/2005 | 704 | 9% | $ 164.39 | 1,111.40 |
| 31506 | $ 2,252.42 | 6/3/2003 | 4/18/2005 | 685 | 9% | $ 380.44 | 2,632.86 |
| 33160 | $ 2,126.94 | 7/4/2003 | 4/18/2005 | 654 | 9% | $ 342.99 | 2,469.93 |
| 32337 | $ 2,094.25 | 7/24/2003 | 4/18/2005 | 634 | 9% | $ 327.39 | 2,421.64 |
| 34022 | $ 236.16 | 7/24/2003 | 4/18/2005 | 634 | 9% | $ 36.92 | 273.08 |
| 24199 | $ 353.50 | 8/23/2002 | 4/18/2005 | 969 | 9% | $ 84.46 | 437.96 |
| 24753 | $ 302.15 | 8/23/2002 | 4/18/2005 | 969 | 9% | $ 72.19 | 374.34 |
| 25365 | $ 68.55 | 9/16/2002 | 4/18/2005 | 945 | 9% | $ 15.97 | 84.52 |
| 25862 | $ 100.00 | 9/12/2002 | 4/18/2005 | 949 | 9% | $ 23.40 | 123.40 |
| 26907 | $ 101.00 | 10/21/2002 | 4/18/2005 | 910 | 9% | $ 22.66 | 123.66 |
| 27588 | $ 2,051.30 | 11/7/2002 | 4/18/2005 | 893 | 9% | $ 451.68 | 2,502.98 |
| 28188 | $ 88.00 | 11/15/2002 | 4/18/2005 | 885 | 9% | $ 19.20 | 107.20 |
| 28891 | $ 288.20 | 12/30/2002 | 4/18/2005 | 840 | 9% | $ 59.28 | 345.48 |
| 29563 | $ 94.30 | 2/5/2003 | 4/18/2005 | 803 | 9% | $ 18.67 | 112.97 |
| 30143 | $ 478.20 | 3/24/2003 | 4/18/2005 | 756 | 9% | $ 89.14 | 567.34 |
| 30988 | $ 3,416.14 | 5/15/2003 | 4/18/2005 | 704 | 9% | $ 593.00 | 4,009.14 |

Stryker-TIG 006666
Confidential Information
Pursuant to Protective Order

Pfizer v. Stryker -- 02 Civ. 8613 (LAK)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 31507 | $ | 151.00 | 6/3/2003 | 4/18/2005 | 685 | 9% | $ | 25.50 | $ | 176.50 |
| 32338 | $ | 4,120.20 | 7/24/2003 | 4/18/2005 | 634 | 9% | $ | 644.11 | $ | 4,764.31 |
| 33151 | $ | 3,926.74 | 7/4/2003 | 4/18/2005 | 654 | 9% | $ | 633.23 | $ | 4,559.97 |
| 34023 | $ | 331.08 | 7/24/2003 | 4/18/2005 | 634 | 9% | $ | 51.76 | $ | 382.84 |
| 34692 | $ | 250.00 | 12/22/2003 | 4/18/2005 | 483 | 9% | $ | 29.77 | $ | 279.77 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| SUBTOTAL | $ | 606,042.06 | | | | | $ | 81,651.05 | $ | 687,693.11 |

Stryker-TIG 006667
Confidential Information
Pursuant to Protective Order

Pfizer v. Stryker -- 02 Civ. 8613 (LAK)

| Subtable 7 | Galzerano Individual (WROT) | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice Number | Invoice Amount | Date Paid | Interest Through | Total Days | Interest Rate | Interest Due | Total Expenses Plus Interest |
| 1 | $ 631.00 | 7/7/2003 | 4/18/2005 | 651 | 9% | $ 101.29 | $ 732.29 |
| 2 | $ 431.00 | 3/10/2005 | 4/18/2005 | 770 | 9% | $ 81.83 | $ 512.83 |
| 3 | $ 72.00 | 3/24/2003 | 4/18/2005 | 756 | 8% | $ 13.42 | $ 85.42 |
| 4 | $ 798.15 | 8/22/2003 | 4/18/2005 | 605 | 9% | $ 119.07 | $ 917.22 |
| 15094 | $ 3,795.00 | 8/22/2003 | 4/18/2005 | 605 | 9% | $ 566.13 | $ 4,361.13 |
| 16159 | $ 8,011.05 | 8/22/2003 | 4/18/2005 | 605 | 9% | $ 1,195.07 | $ 9,206.12 |
| 16865 | $ 631.00 | 8/22/2003 | 4/18/2005 | 605 | 9% | $ 94.13 | $ 725.13 |
| 16866 | $ 98.27 | 9/9/2003 | 4/18/2005 | 587 | 9% | $ 14.22 | $ 112.49 |
| 18260 | $ 48.00 | 9/9/2003 | 4/18/2005 | 587 | 9% | $ 6.95 | $ 54.95 |
| 19939 | $ 22,335.03 | 12/23/2003 | 4/18/2005 | 482 | 9% | $ 2,654.50 | $ 24,989.53 |
| 20130 | $ 583.00 | 9/9/2003 | 4/18/2005 | 587 | 9% | $ 84.38 | $ 667.38 |
| 20130 | $ 48.00 | 9/22/2003 | 4/18/2005 | 574 | 9% | $ 6.79 | $ 54.79 |
| 20130 | $ 3,795.00 | 1/30/2004 | 4/18/2005 | 444 | 9% | $ 415.47 | $ 4,210.47 |
| 20130 | $ 8,575.67 | 2/17/2004 | 4/18/2005 | 426 | 9% | $ 900.80 | $ 9,476.47 |
| 20641 | $ 1,890.84 | 2/17/2004 | 4/18/2005 | 426 | 9% | $ 198.62 | $ 2,089.46 |
| 21959 | $ 11,868.52 | 2/17/2004 | 4/18/2005 | 426 | 9% | $ 1,246.68 | $ 13,115.20 |
| 24341 | $ 1,890.84 | 5/7/2004 | 4/18/2005 | 346 | 9% | $ 161.32 | $ 2,052.16 |
| 26417 | $ 1,450.00 | 11/24/2004 | 4/18/2005 | 145 | 9% | $ 51.84 | $ 1,501.84 |
| SUBTOTAL | $ 66,952.37 | | | | | $ 7,912.52 | $ 74,864.89 |

Stryker-TIG 006668
Confidential Information
Pursuant to Protective Order

Pfizer v. Stryker -- 02 Civ. 8613 (LAK)

## Subtable 8    Bartlett Individual (GDLD)

| Invoice Number | Invoice Amount | Date Paid | Interest Through | Total Days | Interest Rate | Interest Due | Total Expenses Plus Interest |
|---|---|---|---|---|---|---|---|
| 20080 | $ 1,262.65 | 1/2/2002 | 4/18/2005 | 1202 | 9% | $ 374.23 | $ 1,636.88 |
| 22463 | $ 1,725.74 | 3/8/2002 | 4/18/2005 | 1137 | 9% | $ 483.82 | $ 2,209.56 |
| 23198 | $ 729.39 | 4/26/2002 | 4/18/2005 | 1088 | 9% | $ 195.68 | $ 925.07 |
| 23637 | $ 1,227.04 | 5/31/2002 | 4/18/2005 | 1053 | 9% | $ 318.59 | $ 1,545.63 |
| 24172 | $ 2,210.58 | 8/23/2002 | 4/18/2005 | 969 | 9% | $ 528.18 | $ 2,738.76 |
| 24714 | $ 1,765.41 | 5/31/2002 | 4/18/2005 | 1053 | 9% | $ 458.38 | $ 2,223.79 |
| 25330 | $ 391.26 | 8/23/2002 | 4/18/2005 | 969 | 9% | $ 93.48 | $ 484.74 |
| 26426 | $ 78.39 | 9/9/2002 | 4/18/2005 | 952 | 9% | $ 18.40 | $ 96.79 |
| 26680 | $ 644.56 | 10/21/2002 | 4/18/2005 | 910 | 9% | $ 144.63 | $ 789.19 |
| 27667 | $ 1,249.78 | 11/7/2002 | 4/18/2005 | 893 | 9% | $ 275.19 | $ 1,524.97 |
| 28160 | $ 90.00 | 11/15/2002 | 4/18/2005 | 885 | 9% | $ 19.64 | $ 109.64 |
| 28882 | $ 2,397.07 | 12/30/2002 | 4/18/2005 | 840 | 9% | $ 496.49 | $ 2,893.56 |
| 29564 | $ 4,275.07 | 2/5/2003 | 4/18/2005 | 803 | 9% | $ 846.46 | $ 5,121.53 |
| 30138 | $ 14,939.94 | 3/24/2003 | 4/18/2005 | 755 | 9% | $ 2,784.97 | $ 17,724.91 |
| 30979 | $ 72,429.72 | 5/15/2003 | 4/18/2005 | 704 | 9% | $ 12,573.01 | $ 85,002.73 |
| 31601 | $ 4,927.42 | 6/3/2003 | 4/18/2005 | 685 | 9% | $ 832.26 | $ 5,759.68 |
| 32331 | $ 92.38 | 7/24/2003 | 4/18/2005 | 634 | 9% | $ 14.44 | $ 106.82 |
| 24201 | $ 696.21 | 9/12/2002 | 4/18/2005 | 949 | 9% | $ 162.91 | $ 859.12 |
| 24755 | $ 18.00 | 9/16/2002 | 4/18/2005 | 945 | 9% | $ 4.19 | $ 22.19 |
| 25367 | $ 1,751.31 | 9/12/2002 | 4/18/2005 | 949 | 9% | $ 409.81 | $ 2,161.12 |
| 25863 | $ 2,293.98 | 9/22/2002 | 4/18/2005 | 949 | 9% | $ 536.79 | $ 2,830.77 |
| 26450 | $ 7,718.35 | 9/9/2002 | 4/18/2005 | 952 | 9% | $ 1,811.80 | $ 9,530.15 |
| 26908 | $ 6,926.28 | 10/21/2002 | 4/18/2005 | 910 | 9% | $ 1,554.14 | $ 8,480.42 |
| 27689 | $ 6,232.71 | 11/7/2002 | 4/18/2005 | 893 | 9% | $ 1,372.39 | $ 7,605.10 |
| 28189 | $ 2,271.06 | 11/15/2002 | 4/18/2005 | 885 | 9% | $ 495.59 | $ 2,766.65 |
| 28892 | $ 12,221.59 | 12/30/2002 | 4/18/2005 | 840 | 9% | $ 2,553.38 | $ 14,762.97 |
| 29564 | $ 735.83 | 2/5/2003 | 4/18/2005 | 803 | 9% | $ 145.69 | $ 881.52 |
| 30144 | $ 47.80 | 3/24/2003 | 4/18/2005 | 756 | 9% | $ 8.91 | $ 56.71 |
| 30989 | $ 102.62 | 5/15/2003 | 4/18/2005 | 704 | 9% | $ 17.81 | $ 120.43 |
| 31508 | $ 2,549.21 | 6/3/2003 | 4/18/2005 | 685 | 9% | $ 430.57 | $ 2,979.78 |
| 32339 | $ 416.25 | 4/10/2003 | 4/18/2005 | 739 | 9% | $ 75.85 | $ 492.10 |

Stryker-TIG 006669
Confidential Information
Pursuant to Protective Order



Pfizer v. Stryker -- 02 Civ. 8613 (LAK)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 33152 | $ 72.00 | 7/4/2003 | 4/18/2005 | 654 | 9% | $ 11.61 | $ 83.61 |
| 34693 | $ 560.00 | 12/22/2003 | 4/18/2005 | 483 | 9% | $ 66.69 | $ 626.69 |
| 27593 | $ 3,121.82 | 1/2/2003 | 4/18/2005 | 837 | 9% | $ 644.29 | $ 3,766.11 |
| 28191 | $ 7,360.27 | 9/16/2003 | 4/18/2005 | 580 | 9% | $ 1,052.62 | $ 8,412.89 |
| 28896 | $ 6,781.20 | 12/30/2002 | 4/18/2005 | 840 | 9% | $ 1,404.54 | $ 8,185.74 |
| 29568 | $ 1,146.43 | 2/6/2003 | 4/18/2005 | 803 | 9% | $ 226.99 | $ 1,373.42 |
| 30992 | $ 211.69 | 5/15/2003 | 4/18/2005 | 704 | 9% | $ 36.75 | $ 248.44 |
| 32342 | $ 56.42 | 7/24/2003 | 4/18/2005 | 634 | 9% | $ 8.82 | $ 65.24 |
| 33155 | $ 54.70 | 7/4/2003 | 4/18/2005 | 654 | 9% | $ 8.82 | $ 63.52 |
| 35349 | $ 0.49 | 10/3/2003 | 4/18/2005 | 563 | 9% | $ 0.07 | $ 0.56 |
| 36389 | $ 1.86 | 11/22/2003 | 4/18/2005 | 513 | 9% | $ 0.24 | $ 2.10 |
| SUBTOTAL | $ 173,784.48 | | | | | $ 33,477.14 | $ 207,261.62 |

Stryker-TIG 006670
Confidential Information
Pursuant to Protective Order



Pfizer v. Stryker – 02 Civ. 8613 (LAK)

## Subtable 9 — Bartlett Individual (WROT)

| Invoice Number | Invoice Amount | Date Paid | Interest Through | Total Days | Interest Rate | Interest Due | Total Expenses Plus Interest |
|---|---|---|---|---|---|---|---|
| 17337 | $ 198.00 | 9/9/2003 | 4/18/2005 | 587 | 9% | $ 28.66 | $ 226.66 |
| 18263 | $ 4,983.87 | 9/22/2003 | 4/18/2005 | 574 | 9% | $ 705.39 | $ 5,689.26 |
| 18582 | $ 1,566.00 | 10/30/2003 | 4/18/2005 | 536 | 9% | $ 206.97 | $ 1,772.97 |
| 19051 | $ 10,193.48 | 6/29/2003 | 4/18/2005 | 659 | 9% | $ 1,656.37 | $ 11,849.85 |
| 19734 | $ 2,112.32 | 12/23/2003 | 4/18/2005 | 482 | 9% | $ 251.05 | $ 2,363.37 |
| 20129 | $ 3,133.20 | 9/13/2004 | 4/18/2005 | 217 | 9% | $ 167.65 | $ 3,300.85 |
| 20640 | $ 9.11 | 5/7/2004 | 4/18/2005 | 346 | 9% | $ 0.78 | $ 9.89 |
| 2 | $ 14.00 | 7/7/2003 | 4/18/2005 | 651 | 9% | $ 2.25 | $ 16.25 |
| **SUBTOTAL** | $ 22,209.98 | | | | | $ 3,019.11 | $ 25,229.09 |

Stryker-TIG 006671
Confidential Information
Pursuant to Protective Order



Pfizer v. Stryker – 02 Civ. 8613 (LAK)

Subtable 10   Massie Individual (GDLD)

| Invoice Number | Invoice Amount | Date Paid | Interest Through | Total Days | Interest Rate | Interest Due | Total Expenses Plus Interest |
|---|---|---|---|---|---|---|---|
| 25370 | $ 245.80 | 9/12/2002 | 4/18/2005 | 949 | 9% | $ 57.52 | $ 303.32 |
| 25864 | $ 705.28 | 9/12/2002 | 4/18/2005 | 949 | 9% | $ 165.04 | $ 870.32 |
| 27591 | $ 60.20 | 11/17/2002 | 4/18/2005 | 893 | 9% | $ 13.26 | $ 73.46 |
| 28894 | $ 120.00 | 12/30/2002 | 4/18/2005 | 840 | 9% | $ 24.85 | $ 144.85 |
| 29565 | $ 16.00 | 2/5/2003 | 4/18/2005 | 803 | 9% | $ 3.17 | $ 19.17 |
| 30990 | $ 367.84 | 5/15/2003 | 4/18/2005 | 704 | 9% | $ 62.12 | $ 419.96 |
| 31509 | $ 559.09 | 6/3/2003 | 4/18/2005 | 685 | 9% | $ 94.43 | $ 653.52 |
| 32340 | $ 3,313.95 | 7/24/2003 | 4/18/2005 | 634 | 9% | $ 518.07 | $ 3,832.02 |
| 33153 | $ 1,647.81 | 7/4/2003 | 4/18/2005 | 654 | 9% | $ 265.73 | $ 1,913.54 |
| 34024 | $ 92.51 | 7/24/2003 | 4/18/2005 | 634 | 9% | $ 14.46 | $ 106.97 |
| SUBTOTAL | $ 7,118.48 | | | | | $ 1,218.63 | $ 8,337.11 |

Stryker-TIG 006672
Confidential Information
Pursuant to Protective Order



Pfizer v. Stryker -- 02 Civ. 8613 (LAK)

## Subtable 12 — Moffat Individual (EK)

| Invoice Number | Invoice Amount | Date Paid | Interest Through | Total Days | Interest Rate | Interest Due | Total Expenses Plus Interest |
|---|---|---|---|---|---|---|---|
| --- | $ 3,952.86 | 9/16/2002 | 4/18/2005 | 945 | 9% | $ 921.07 | $ 4,873.93 |
| --- | $ 5,025.56 | 9/20/2002 | 4/18/2005 | 941 | 9% | $ 1,166.07 | $ 6,191.63 |
| --- | $ 8,883.25 | 11/15/2002 | 4/18/2005 | 885 | 9% | $ 1,938.50 | $ 10,821.75 |
| --- | $ 16,729.61 | 11/15/2002 | 4/18/2005 | 885 | 9% | $ 3,650.72 | $ 20,380.33 |
| --- | $ 7,508.70 | 5/27/2003 | 4/18/2005 | 692 | 9% | $ 1,281.21 | $ 8,789.91 |
| --- | $ 5,579.84 | 1/1/2003 | 4/18/2005 | 838 | 9% | $ 1,152.96 | $ 6,732.80 |
| --- | $ 294.13 | 2/20/2003 | 4/18/2005 | 788 | 9% | $ 57.15 | $ 351.28 |
| --- | $ 140.48 | 3/17/2003 | 4/18/2005 | 763 | 9% | $ 26.43 | $ 166.91 |
| SUBTOTAL | $ 48,114.43 | | | | | $ 10,194.11 | $ 58,308.54 |

Stryker-TIG 006674
Confidential Information
Pursuant to Protective Order